# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| SUNIVA, INC.,[1] | ) Case No. 17-10837 (KG) |
| Debtor. | ) |
|  | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 19, 2017 AT 2:00 P.M. (EASTERN) BEFORE THE HONORABLE KEVIN GROSS, 824 MARKET STREET, COURTROOM 3, 6TH FLOOR, WILMINGTON, DELAWARE 19801**

## I. PETITION

1. Suniva, Inc. (Case No. 17-10837 (KG) [Filed 4/17/17; D.I. 1]

## II. DECLARATION IN SUPPORT OF FIRST DAY MOTIONS

2. Declaration of David M. Baker in Support of First Day Motion [Filed 4/17/17; D.I. 10]

## III. MATTERS GOING FORWARD

3. Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate Its Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms, and (II) Granting Related Relief [Filed 4/17/17; D.I. 3]

4. Debtor's Motion for Interim and Final Orders (I) Authorizing, but Not Directing, the Debtor to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed 4/17/17; D.I. 4]

5. Application for an Order Appointing Garden City Group, LLC as Claims and Noticing Agent for the Debtor Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a), and LBR 2002-1(f) Nunc Pro Tunc to the Petition Date [Filed 4/17/17; D.I. 5]

6. Debtor's Motion for Interim and Final Orders Authorizing the Debtor to (A) Incur Postpetition Debt on an Emergency Basis Pending a Final Hearing; and (B) provide Security and Other Related Relief [Filed 4/17/17; D.I. 6]

---

[1] The last four digits of the Debtor's federal tax identification number is 2418. The Debtor's corporate headquarters is located at 5765 Peachtree Industrial Blvd, Norcross, Georgia 30092.

Dated: April 18, 2017
      Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (DE Bar No. 4057)
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

*Proposed Co-Counsel to the Debtor and Debtor in Possession*

-and-

**KILPATRICK TOWNSEND & STOCKTON LLP**
Todd C. Meyers
(Georgia Bar No. 503756)
Colin M. Bernardino
(Georgia Bar No. 054879)
1100 Peachtree Street NE
Suite 2800
Atlanta, GA 30309
Telephone:  (404) 815-6500
Facsimile:   (404) 815-6555

*Proposed Counsel to the Debtor and Debtor in Possession*