## EXHIBIT A

### COMPENSATION BY PROJECT CATEGORY
**Suniva, Inc.**
**(Case No. 17-10837 (KG))**

**April 27, 2017 Through May 31, 2017**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 21.0 | $14,638.00 |
| Avoidance Action Analysis | 6.8 | $4,423.50 |
| Court Hearings | 6.9 | $5,452.50 |
| Employment & Fee Applications | 8.7 | $5,340.50 |
| Financing & Cash Collateral | 169.3 | $123,180.00 |
| Litigation-Contested Matter | 2.8 | $2,359.00 |
| Meetings & Communication with Committee/Creditors | 27.6 | $21,021.00 |
| Relief from Stay | 8.8 | $6,524.50 |
| Non-Working Travel (billed at 50%) | 6.0 | $2,512.50 |
| SQN Investigation | 2.0 | $1,180.00 |
| **TOTAL** | **259.9** | **$186,631.50** |

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
(212) 574-1200

June 20, 2017

29522        Suniva, Inc.

Suniva, Inc.
Gregory J. Brabec
Wacker Chemie AG
553 Wacker Blvd. NW
P.O Box 446
Charleston, TN 37310

**For Professional Services Rendered Through May 31, 2017:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 29522-0001 | Case Administration | $14,638.00 | $1,426.34 | $16,064.34 |

|  | | Invoice Date: | 20-Jun-17 |
|--|-|---------------|-----------|
|  | | Invoice Number: | 336463 |
|  | | Through | 31-May-17 |

29522    Suniva, Inc.
0001    Case Administration

| Date | Services | Atty | Hours |
|------|----------|------|-------|
| 27-Apr-17 | Work on priority work stream development. | JRA | 1.00 |
| 27-Apr-17 | Work on committee contact list (1.0); edits to the same (.2); prepare and send email to committee re first committee call (.2); prepare and send initial conflicts check (.2); emails re same (.2); prepare for committee call next day (.2). | CVL | 2.00 |
| 27-Apr-17 | Coordinate with financial advisors regarding materials (.4); email correspondence w J. Ashmead re same (.2); review pleadings and interested parties (.5). | RJG | 1.10 |
| 28-Apr-17 | Work on workstream agenda (.40);  calls with Todd Meyer, debtor counsel re case and priorites (.40). | JRA | 0.80 |
| 28-Apr-17 | Retention - emails and calls with potential Local counsel (.30); call with MNAT re selection (.20); emails and calls with FAs (.30). | JRA | 0.80 |
| 28-Apr-17 | Work with support staff re opening matter etc (.2); calendar important case dates for S&K team (.1); emails to financial advisor firms re Committee interviews (.4); review docket and send pleadings and retention applications to R. Gayda (.2); prepare committee bylaws (.3); internal discussions re same (.1). | CVL | 1.30 |
| 28-Apr-17 | Review case docket and pleadings (.3); review wage motion and supplemental wage motion (.4); review utilities motion (.5); discuss same w C. LoTempio (.3). | RJG | 1.50 |
| 1-May-17 | Talk with potential FAs (.50);  Talk with Todd Meyer regarding case, FAs, mandate, DIP (.20); call with Morris Nichols firm re case, DIP agt, FA's, etc. (.20) | JRA | 0.90 |
| 1-May-17 | Prepare for call to select financial advisor to the committee (.1); internal discussions before and after the same (.3); follow up call with advisor re fee proposal (.1); t/c with local counsel re notice of appearance and pro hac vice motions (.1); review drafts of the same and send signature pages (.1); review docket re new pleadings (.1) | CVL | 0.80 |
| 1-May-17 | Review first day wages and utilities motions; and internal discussion re same. | CVL | 0.50 |
| 1-May-17 | Review retention motions (.6); discuss utilities motion w C. LoTempio (.3); review notice of appearance (.1); review case docket (.3). | RJG | 1.30 |
| 2-May-17 | Emails and calls with FAs. | JRA | 0.20 |
| 2-May-17 | Update committee contact list (.1); circulate the same to Committee (.1); emails with team re scheduling committee calls and other administrative matters (.2); email to IT re committee distribution list (.2). | CVL | 0.60 |

| | | |
|---|---|---|
| Invoice Date: | 20-Jun-17 |
| Invoice Number: | 336463 |
| Through | 31-May-17 |

29522    Suniva, Inc.
0001     Case Administration

| Date | Services | Atty | Hours |
|---|---|---|---|
| 2-May-17 | Email correspondence re Wanxiang meeting (.2); coordinate in-person meeting w SQN for 5/3 (.5); email correspondence w SQN re retention of financial advisor (.3); schedule committee call (.2); review and consider need for lobbyist (.3). | RJG | 1.50 |
| 3-May-17 | Emails and call with R. Gayda regarding meeting with SQN (.20) | JRA | 0.20 |
| 4-May-17 | Review emails and documents from Debtors re UCC statements filed for SolEd Solar (.2); internal discussion re same (.1). | CVL | 0.30 |
| 4-May-17 | Comments to Utilities motion; send the same to Debtors' counsel. | CVL | 0.20 |
| 4-May-17 | Email correspondence re release of UCC financing statement (.3); review documentation re same (.5); discuss same w C. LoTempio (.2); review variance report (.3); email re UCC/Lien issues (.3). | RJG | 1.60 |
| 8-May-17 | Review insurance motion and precedents; internal discussions re same. | CVL | 0.20 |
| 9-May-17 | Update call with Debtor's counsel re Insurance and Utilities motion. | CVL | 0.20 |
| 9-May-17 | Call w MNAT re hearing on 5/11 (.2); review agenda for same (.1); call w Debtor's counsel re utilities motion and insurance issues (.2). | RJG | 0.50 |
| 10-May-17 | Emails with MNAT re scheduling and introduction for May 11 hearing; schedule court call appearance re same. | CVL | 0.20 |
| 10-May-17 | Review revised Utilities order re UST and UCC comments. | CVL | 0.20 |
| 10-May-17 | Call w Debtor's counsel re utilities motion and insurance motion (.3). | RJG | 0.30 |
| 16-May-17 | Attention to bylaws and status. | JRA | 0.20 |
| 16-May-17 | Edits to committee bylaws and circulate the same to internal team (.2); review interim compensation proposed order and email to Debtors' counsel re same (.1); review wages and cash management proposed orders (.6). | CVL | 0.90 |
| 17-May-17 | Review committee bylaws and comparables (.2); send bylaws to the committee for review and comment (.1) | CVL | 0.30 |
| 22-May-17 | Discuss go-forward game plan with S&K team. | JRA | 0.20 |
| 22-May-17 | Internal meeting re next steps. | CVL | 0.20 |
| 22-May-17 | Coordinate with debtor regarding 341 meeting (.2); discuss same internally (.2); email correspondence re same (.1). | RJG | 0.50 |
| 25-May-17 | Email with Debtor counsel re revised ordinary course professionals order (.2). | CVL | 0.20 |
| 26-May-17 | Review request for adequate assurance (.10); emails with Colin regarding nondisclosure agreement (.10) review comments from DIP lenders to same (.10); attention to communications with UCC regarding retention applications (.10) | JRA | 0.10 |
| 26-May-17 | Prepare and circulate execution version for Committee bylaws. | CVL | 0.20 |

|                   |            |
|-------------------|------------|
| Invoice Date:     | 20-Jun-17  |
| Invoice Number:   | 336463     |
| Through           | 31-May-17  |

29522    Suniva, Inc.
0001     Case Administration


Total Hours                                                      21.00

Total Services.........................................................................$      14,638.00


Disbursements Recorded Through May 31, 2017

| | |
|---|---|
| Travel | 1,185.90 |
| Local Transportation | 210.44 |
| Telephone Charges | 30.00 |

Total Disbursements.............................................................$      1,426.34


Total.......................................................................................$      16,064.34

| | Invoice Date: | 20-Jun-17 |
|---|---|---|
| | Invoice Number: | 336463 |
| | Through | 31-May-17 |

29522      Suniva, Inc.
0001       Case Administration

| Atty No. / Init. | Class | Name | Hours | Rate | Value |
|---|---|---|---|---|---|
| 0994 JRA | Partner | John Ashmead | 4.40 | 950.00 | 4,180.00 |
| 1998 RJG | Counsel | Robert J. Gayda | 8.30 | 725.00 | 6,017.50 |
| 1891 CVL | Associate | Catherine V. LoTempio | 8.30 | 535.00 | 4,440.50 |
| | | | 21.00 | | 14,638.00 |

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
(212) 574-1200

June 20, 2017

29522      Suniva, Inc.

Suniva, Inc.
Gregory J. Brabec
Wacker Chemie AG
553 Wacker Blvd. NW
P.O Box 446
Charleston, TN 37310

**For Professional Services Rendered Through May 31, 2017:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 29522-0005 | Avoidance Action Analysis | $4,423.50 | $0.00 | $4,423.50 |

|                  |           |
|------------------|-----------|
| Invoice Date:    | 20-Jun-17 |
| Invoice Number:  | 336464    |
| Through          | 31-May-17 |

29522     Suniva, Inc.
0005      Avoidance Action Analysis

| Date      | Services                                                                                                                                                  | Atty | Hours |
|-----------|-----------------------------------------------------------------------------------------------------------------------------------------------------------|------|-------|
| 9-May-17  | Receipt of several emails with attachments from WX counsel.                                                                                                | JRA  | 0.20  |
| 9-May-17  | Review documents provided by counsel to WX.                                                                                                                | RJG  | 0.80  |
| 22-May-17 | Compile background materials re investigation of liens (.2); email to team re the same (.1); follow up call with D. Avezbaki re the same (.2).              | CVL  | 0.50  |
| 22-May-17 | Review email from and discussion with C. LoTempio re scope of review.                                                                                      | DA   | 0.30  |
| 22-May-17 | Coordinate lien review with corporate finance group (.6); discuss same w C. LoTempio (.3); brief review of loan docs and documents provided by debtor (1.1). | RJG  | 2.00  |
| 23-May-17 | Review of documentation.                                                                                                                                   | DA   | 0.50  |
| 29-May-17 | Review WF loan agreement and related security documentation to analyze secured creditors' claims.                                                          | DA   | 2.10  |
| 30-May-17 | Call with D. Avezbaki re lien review and issues related to same.                                                                                           | CVL  | 0.20  |
| 30-May-17 | Phone call with Catherine re summary of lien review.                                                                                                       | DA   | 0.20  |

|                                                                    |       |
|--------------------------------------------------------------------|-------|
| Total Hours                                                        | 6.80  |
| Total Services..........................................................................................$ | 4,423.50 |

Disbursements Recorded Through May 31, 2017

|                                                                    |       |
|--------------------------------------------------------------------|-------|
| Total Disbursements................................................................................$ | 0.00  |
| Total................................................................................................$ | 4,423.50 |

| | Invoice Date: | 20-Jun-17 |
|---|---|---|
| | Invoice Number: | 336464 |
| | Through | 31-May-17 |

29522     Suniva, Inc.
0005     Avoidance Action Analysis

| Atty No. / Init. | Class | Name | Hours | Rate | Value |
|---|---|---|---|---|---|
| 0994 JRA | Partner | John Ashmead | 0.20 | 950.00 | 190.00 |
| 1998 RJG | Counsel | Robert J. Gayda | 2.80 | 725.00 | 2,030.00 |
| 1891 CVL | Associate | Catherine V. LoTempio | 0.70 | 535.00 | 374.50 |
| 1931 DA | Associate | Daniel Avezbaki | 3.10 | 590.00 | 1,829.00 |
| | | | 6.80 | | 4,423.50 |

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
(212) 574-1200

June 20, 2017

29522       Suniva, Inc.

Suniva, Inc.
Gregory J. Brabec
Wacker Chemie AG
553 Wacker Blvd. NW
P.O Box 446
Charleston, TN 37310

**For Professional Services Rendered Through May 31, 2017:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 29522-0008 | Court Hearings | $5,452.50 | $0.00 | $5,452.50 |

| | | Invoice Date: | 20-Jun-17 |
| | | Invoice Number: | 336465 |
| | | Through | 31-May-17 |

29522      Suniva, Inc.
0008       Court Hearings

| Date | Services | Atty | Hours |
|------|----------|------|-------|
| 10-May-17 | Prepare for 5/11 hearing (.7); email correspondence w MNAT re same (.2); call w Debtor's counsel re utilities motion and insurance motion (.3). | RJG | 0.90 |
| 11-May-17 | Prepare for and participate in Suniva hearing (1.2). | RJG | 1.20 |
| 18-May-17 | Prepare for 5/19 DIP hearing. | RJG | 1.30 |
| 19-May-17 | Prepare for (.5) and attend DIP hearing (1.5). | JRA | 2.00 |
| 19-May-17 | Attend final DIP Hearing. | RJG | 1.50 |

Total Hours                                                                                    6.90

Total Services.....................................................................................$         5,452.50

Disbursements Recorded Through May 31, 2017

Total Disbursements...........................................................................$              0.00

Total.....................................................................................................$         5,452.50

| | | Invoice Date: | 20-Jun-17 |
| | | Invoice Number: | 336465 |
| | | Through | 31-May-17 |

29522     Suniva, Inc.
0008      Court Hearings

| Atty No. / Init. | Class | Name | Hours | Rate | Value |
|---|---|---|---|---|---|
| 0994  JRA | Partner | John Ashmead | 2.00 | 950.00 | 1,900.00 |
| 1998  RJG | Counsel | Robert J. Gayda | 4.90 | 725.00 | 3,552.50 |
| | | | 6.90 | | 5,452.50 |

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
(212) 574-1200

June 20, 2017

29522       Suniva, Inc.

Suniva, Inc.
Gregory J. Brabec
Wacker Chemie AG
553 Wacker Blvd. NW
P.O Box 446
Charleston, TN 37310

**For Professional Services Rendered Through May 31, 2017:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 29522-0009 | Employment and Fee Applications | $5,340.50 | $0.00 | $5,340.50 |

| | |
|---|---|
| Invoice Date: | 20-Jun-17 |
| Invoice Number: | 336466 |
| Through | 31-May-17 |

29522    Suniva, Inc.
0009     Employment and Fee Applications

| Date | Services | Atty | Hours |
|---|---|---|---|
| 2-May-17 | Call with MNAT re hearing dates and retention applications; review local rules re same. | CVL | 0.20 |
| 4-May-17 | Receive conflict checklist from Debtors and send to conflicts list (.1); work on retention papers (.7). | CVL | 0.80 |
| 5-May-17 | Work on retention application, including Ashmead declaration (.8); t/c with MNAT re retention papers (.1) | CVL | 0.90 |
| 16-May-17 | Work on conflicts check re retention application. | CVL | 0.30 |
| 17-May-17 | Review updated conflicts for retention application (.4); email to Emerald re application (.1). | CVL | 0.50 |
| 18-May-17 | Review and edits to retention papers; review conflict check. | CVL | 0.20 |
| 19-May-17 | Review and edit retention papers. | CVL | 0.20 |
| 19-May-17 | Review and revise S&K retention application (.5); email correspondence w C. LoTempio re same (.2). | RJG | 0.70 |
| 22-May-17 | Revisions to retention papers; send the same to J Ashmead for review. | CVL | 0.20 |
| 23-May-17 | Review final retention application (.4); email correspondence w Emerald re same (.2). | RJG | 0.60 |
| 24-May-17 | Attention to Seward and Kissel application and affidavit (.30); attention to Emerald capital engagement letter and make comments thereto (.30). | JRA | 0.60 |
| 24-May-17 | Review Emerald engagement letter (.2); discuss the same with J. Ashmead (.2); comments to the same (.3); send revision to Emerald for review (.1); review Emerald retention application and motion (.2). | CVL | 1.00 |
| 24-May-17 | Review Emerald engagement letter (.2) and fee application (.3); discuss w C. LoTempio (.2). | RJG | 0.70 |
| 25-May-17 | Work on Emerald engagement letter and circulate to Committee (.2); edits to Emerald retention application (.2); finalize conflict check for S&K retention (.2); edits to S&K retention (.2); circulate retention papers to committee fore review and comment (.1). | CVL | 0.90 |
| 26-May-17 | Follow up with Committee re retention papers (.1); review and revise S&K papers to send to MNAT for filing (.2); various emails re signoff from committee chairperson (.2); follow up emails with MNAT re same (.1). | CVL | 0.60 |
| 26-May-17 | Coordinate filing of fee applications (.2); discuss same w C. LoTemptio (.1). | RJG | 0.30 |

Total Hours     8.70

Total Services.........................................................................$     5,340.50

Invoice Date:          20-Jun-17
Invoice Number:        336466
Through                31-May-17

29522       Suniva, Inc.
0009        Employment and Fee Applications


Disbursements Recorded Through May 31, 2017


    Total Disbursements.................................................................$            0.00


    Total...................................................................................$        5,340.50

| | | | | Invoice Date: | 20-Jun-17 |
| | | | | Invoice Number: | 336466 |
| | | | | Through | 31-May-17 |

29522     Suniva, Inc.
0009      Employment and Fee Applications

| Atty No. / Init. | Class | Name | Hours | Rate | Value |
|---|---|---|---|---|---|
| 0994 JRA | Partner | John Ashmead | 0.60 | 950.00 | 570.00 |
| 1998 RJG | Counsel | Robert J. Gayda | 2.30 | 725.00 | 1,667.50 |
| 1891 CVL | Associate | Catherine V. LoTempio | 5.80 | 535.00 | 3,103.00 |
| | | | 8.70 | | 5,340.50 |

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
(212) 574-1200

June 20, 2017

29522        Suniva, Inc.

Suniva, Inc.
Gregory J. Brabec
Wacker Chemie AG
553 Wacker Blvd. NW
P.O Box 446
Charleston, TN 37310

**For Professional Services Rendered Through May 31, 2017:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 29522-0011 | Financing and Cash Collateral | $123,180.00 | $0.00 | $123,180.00 |

Page 2

| | |
|---|---|
| Invoice Date: | 20-Jun-17 |
| Invoice Number: | 336467 |
| Through | 31-May-17 |

29522      Suniva, Inc.
0011       Financing and Cash Collateral

| Date | Services | Atty | Hours |
|---|---|---|---|
| 28-Apr-17 | Calls and emails with Doug Lipke, counsel to DIP lender (.20); attn. to DIP financing (.40). | JRA | 0.60 |
| 28-Apr-17 | Research re DIP financing in 3rd circuit (.7); work on draft DIP objection (1.3); review email forwarded by MNAT re DIP case law (.1); review transcript and case law for use in DIP objection (.2); | CVL | 2.30 |
| 28-Apr-17 | Review DIP motion and order (.9); review and consider potential objections to DIP motion (.8); discuss same w J. Ashmead (.3); discuss DIP objection w C. LoTempio (.7); call w Debtors counsel re DIP and case status (.4); call w DIP lender's counsel re open issues (.4). | RJG | 3.50 |
| 29-Apr-17 | Emails with Doug Lipke and Todd Meyers regarding DIP timing and meetings. | JRA | 0.30 |
| 29-Apr-17 | Review email from J. Ashmead re DIP terms; respond to the same; review R. Gayda response. | CVL | 0.20 |
| 30-Apr-17 | Consider DIP issues and objections (.5); email correspondence w J. Ashmead re same (.3). | RJG | 0.80 |
| 1-May-17 | Attention to review of DIP facility (order, motion, TS) (.50); attention to meeting to be held tomorrow with SQN and emails re thereto (.20); discuss foregoing with R. Gayda, C. Lotempio, Madden (.20); several emails with debtor counsel throughout day (.20). | JRA | 1.10 |
| 1-May-17 | O/c with J. Ashmead and R. Gayda re DIP review and potential objection (.2); review email from T. Minott re case law for potential DIP Objection (.2); work on same (.3). | CVL | 0.70 |
| 1-May-17 | DIP review (1.8); email correspondence re meeting w DIP lenders (.3); discuss DIP objection with team (.2); address DIP hearing adjournment (.4). | RJG | 2.70 |
| 2-May-17 | Emails with SQN counsel re FA issue. | JRA | 0.10 |
| 3-May-17 | Emails regarding DIP terms (.20); review comments from Emerald (.20); comment there to incorporate into term sheet/table (.30); send back to Emerald for further distribution (.10) | JRA | 0.80 |
| 3-May-17 | Prepare for (.5) and participate in meeting with DIP Lender and Debtors' counsel (1.5); review DIP summary sheet prepared by Emerald (.2). | CVL | 2.20 |

Page 3

| | |
|---|---|
| Invoice Date: | 20-Jun-17 |
| Invoice Number: | 336467 |
| Through | 31-May-17 |

29522  Suniva, Inc.
0011  Financing and Cash Collateral

| Date | Services | Atty | Hours |
|------|----------|------|-------|
| 3-May-17 | Detailed review of DIP Motion and Interim DIP Order (1.5); detailed review of DIP term sheet (.5); draft master list of DIP issues (1.2); prepare for SQN meeting (1.6); attend meeting w SQN and Debtor (1.5); meeting w Emerald to prepare for SQN meeting (.2); review DIP summary for Committee (.4); follow up with J. Ashmead re SQN meeting (.2). | RJG | 7.10 |
| 4-May-17 | Review email and attachment concerning variance report. | JRA | 0.10 |
| 4-May-17 | Review DIP objection (.8); call w J. Ashmead re same (.3); email correspondence w SQN re DIP Credit Agreement (.2). | RJG | 1.30 |
| 5-May-17 | Prepare list of tasks to DIP lender (.30), discuss with Madden (.20), discuss with UCC (.50); receipt and review of DIP documents (.70); attention to draft DIP objection (.60); emails regarding Lion Point proposal (.20); discuss with debtor counsel (.20); discuss and obtain extension of UCC time to object to DIP financing (.20); discussions with DIP lender counsel (.20); various emails and calls with Seward team and Emerald team regarding review of DIP, Lion Point, etc. (1.0) | JRA | 4.10 |
| 5-May-17 | Review stipulation re extending DIP objection deadline and hearing date (.1); forward the same to local counsel for filing (.1); Review DIP Credit agreement (.8); internal discussions re the same (.4); call with Emerald re same (.3); review and comment on DIP issues list from Emerald (.5). | CVL | 2.20 |
| 5-May-17 | Review stipulation regarding extension to DIP deadline (.2); review competing DIP term sheet and related emails (1.3); email correspondence w S&K team re comments to proposed DIP (.8). | RJG | 2.30 |
| 7-May-17 | Emails with R. Gayda and C. Lotempio regarding DIP order and committee rights and related issues (.20); emails with same regarding credit agreement questions (.20) | JRA | 0.40 |
| 7-May-17 | Review DIP Credit Agreement (1.8); emails re the same (.2) | CVL | 2.00 |
| 7-May-17 | Review DIP Credit Agreement (3.7); email correspondence w J. Ashmead and C. LoTempio re same (.4). | RJG | 4.10 |
| 8-May-17 | Attention to credit agreement (1.0), discuss with R. Gayda and C. Lotempio (.20), discuss with Madden (.20), discuss with MNAT, Delaware counsel (.20) , discuss with debtor counsel (.20), attention to budgeting (.20), discussion with Lipke (.20); discussion with alternate DIP lender counsel (.20); review DIP comparables analysis prepared by Emerald (.10); further emails from SQN counsel (.20) | JRA | 2.70 |

Page 4

| | |
|---|---|
| Invoice Date: | 20-Jun-17 |
| Invoice Number: | 336467 |
| Through | 31-May-17 |

29522  Suniva, Inc.
0011   Financing and Cash Collateral

| Date | Services | Atty | Hours |
|---|---|---|---|
| 8-May-17 | Internal meetings to discuss review of DIP Credit Agreement and next steps (.7); continue to review and note issues with DIP Credit Agreement (1.5); work on potential objection to DIP (3.2); research re the same (.9); call with Debtor's counsel re DIP Credit Agreement (.5). | CVL | 6.80 |
| 8-May-17 | Continued review of DIP Credit Agreement (1.1); discuss same w J. Ashmead and C. LoTempio (.5); call w Debtor's counsel re DIP Credit Agreement comments (.4); review draft DIP objection and revise same (2.7); email correspondence w Emerald re DIP issues (.4); email correspondence and telephone correspondence w E. Schwartz of MNAT re same (.3); email correspondence w DIP lender's counsel re comments to DIP term sheet (.3); discuss same w J. Ashmead (.4); review draft warrant agreement circulated by DIP Lender's counsel (.7); discuss same w S&K team (.2); coordinate with Committee professionals regarding DIP budget (1.2). | RJG | 8.20 |
| 9-May-17 | Attention to draft objection (.20), comments to draft objection (.40), check in with Madden regarding budget and his ability to contact Baker (.20); calls with debtor counsel, local counsel re dip facility comment reactions from SQN (.30), emails with debtor counsel regarding receipt of draw (.10), call with SQN counsel (1.0), follow up call with Madden (.10) | JRA | 2.30 |
| 9-May-17 | Review and comment on DIP Credit Agreement (.9); review comments to DIP Objection (.3); work on revisions to the same (2.0); call with DIP Lender counsel re proposal (1.0); internal discussions re same (.3). | CVL | 4.50 |
| 9-May-17 | Call w DIP Lender's counsel re comments to DIP financing arrangement (1.0); review and provide comment to DIP Credit Agreement (1.4); review and revise DIP Objection (2.3); comment on potential counterproposal to DIP Lender (.4); call w E. Schwartz re avoidance actions and budget issues (.2); research re perfection of liens on commercial tort claims and carve out (1.3). | RJG | 6.60 |
| 10-May-17 | Attention to DIP markup (1.0); attention to top arguments for DIP objection (1.0); objection discussion with team (.20); communications with Emerald team regarding proposed asks to SQN (.20). | JRA | 2.40 |

Page 5

| | | |
|---|---|---|
| Invoice Date: | | 20-Jun-17 |
| Invoice Number: | | 336467 |
| Through | | 31-May-17 |

29522      Suniva, Inc.
0011        Financing and Cash Collateral

| Date | Services | Atty | Hours |
|---|---|---|---|
| 10-May-17 | Various turns of comments to DIP Credit agreement (.8); internal discussions re same (.2); emails with Emerald re proposal to DIP Lender (.2); work on draft objection to DIP (1.4); review letter received from Debtors re SQN offer to sell collateral (.2); internal discussions re same and affect on DIP (.3); further work on draft DIP Objection (1.1). | CVL | 4.20 |
| 10-May-17 | Review and revise draft objection per Ashmead comments (3.6); review and provide comment to DIP Credit Agreement (3.3); call w Emerald re DIP Financing and budget (.2); review SQN correspondence w CCCME and consider implications (.5); email and telephone correspondence re same (.3). | RJG | 7.90 |
| 11-May-17 | Attention to DIP objection (.70); attention to draft of credit agreement and asks to be made of SQN (.80); calls debtor counsel regarding the foregoing (.40); emails with debtor counsel regarding same (.10); discuss with Madden of Emerald (.10); prepare a list of requests to SQN and send to SQN (.70); contact with SQN counsel regarding all the foregoing (.70). | JRA | 3.50 |
| 11-May-17 | Update call with the DIP lender counsel re Committee proposal (.7); follow up with Debtor counsel re same (.2); internal discussions re same (.2); research re UCC definition of Commercial Tort Claims (.2); review emails from J. Ashmead re SQN letter and affect on 201 case/ DIP loan (.2); internal meeting re status of DIP negotiations and SQN letter (.5); work on objection to DIP (.8); comments to DIP Credit Agreement (.8); internal discussions re same (.2); draft proposed email to DIP Lender counsel re Committee proposal (.3); | CVL | 4.10 |
| 11-May-17 | Comments to DIP Credit Agreement (1.4); coordinate with Debtor on same (.3); email correspondence w DIP Lender re comments (.2); email correspondence w SK team re SQN Letter and strategy re same (.5); calls w Debtor re counterproposal to DIP Lender (.4); draft email counterproposal (.5); review and finalize objection for Committee review (1.3); review Debtor markup of DIP CA (.7). | RJG | 5.30 |

Page 6

Invoice Date:       20-Jun-17
Invoice Number:        336467
Through             31-May-17

29522      Suniva, Inc.
0011       Financing and Cash Collateral

| Date | Services | Atty | Hours |
|------|----------|------|-------|
| 12-May-17 | Working on DIP objection (2.0); emails regarding same and call regarding same, as well as SQN solicitation letter with debtor counsel (.50); review email from debtor to Lipke regarding SQN solicitation letter (.10); email from Lipke regarding same (.10); call with Lipke (.30); call with debtor counsel regarding same (.20); emails and call with Madden regarding SQN solicitation letter, etc. (.20); discuss with debtor counsel needs from SQN in terms of budget, runway, etc. (.20); discuss with Madden (.20); further emails with Lipke regarding committee asks on DIP and responses from SQN, multiple rounds of this (.50); | JRA | 4.50 |
| 12-May-17 | Call with Emerald re DIP proposal (.5);emails with MNAT team re filing DIP objection and extension of objection deadline (.2); internal discussions re next steps (.3); review counterproposal from DIP Lender (.2); T/c with M. Kotwick re potential discovery (.3); review email from Emerald re comments to Objection and respond to the same (.2); incorporate comments from Emerald into draft objection (.5); review proposed language from Department of Energy re DIP Order (.2); internal discussion of the same (.2); | CVL | 2.70 |
| 12-May-17 | Correspondence and teleconference with C. LoTempio re: DIP financing. | MDK | 0.50 |
| 12-May-17 | Call w Debtors and Emerald re DIP financing (.5); call w Ashmead re SQN counterproposal (.4); review and revise DIP objection (1.8); review Debtor comments to DIP Credit Agreement (.7); review SQN counterproposal to Committee terms (.4); review DOE language to be inserted into DIP (.3); email correspondence w Committee member re same (.2); coordinate potential objection filing w MNAT (.2); discussion w C. LoTempio re open issues (.3); draft alternate DIP Objection (1.4). | RJG | 6.20 |
| 13-May-17 | Emails throughout day with debtor advisor, SQN advisor and UCC advisors concerning DIP issues (.50); discussion with UCC advisors regarding budgeting issues, carveout, investigation, runway, milestones (.80); follow up with debtor advisors (.20) | JRA | 1.50 |
| 13-May-17 | Review emails from team re next steps re DIP lender proposal and draft objection (.2); call with team re same (.8); review carve out language from interim DIP Order and circulate the same (.2); revise DIP objection (.2). | CVL | 1.40 |
| 13-May-17 | Email correspondence re DIP (.4); call w S&K team re next steps (.8); review and revise draft objection (.8). | RJG | 2.00 |

|  | Invoice Date: | 20-Jun-17 |
|---|---|---|
|  | Invoice Number: | 336467 |
|  | Through | 31-May-17 |

29522   Suniva, Inc.
0011   Financing and Cash Collateral

| Date | Services | Atty | Hours |
|---|---|---|---|
| 14-May-17 | Multiple emails, including responsive emails, throughout the day with Lipke and Meyers and Madden regarding DIP issues, and budgeting (.80); calls during day with Meyers, Lipke, Madden regarding same (1.0); attention to attempts to restrict UCC investigation and discuss internally by email (.30) | JRA | 2.10 |
| 14-May-17 | Email correspondence w Debtor and DIP Lender re substantive terms of DIP Facility. | RJG | 1.10 |
| 15-May-17 | Review emails from Meyers, Lipke (.20); call Meyers and Lipke (.20); call w Meyers (.10); attention to objection (.30); attention to extension of deadline (.10); attention and comments to further revisions of DIP documents (1.0) | JRA | 1.90 |
| 15-May-17 | Continued conversations with Debtor and DIP Lender re DIP Financing (1.5); review revised counterproposal and consider (.4); review and revise DIP Order (3.1); research re commercial tort claims (1.4); review WX credit agreement with respect to lien (.3). | RJG | 6.70 |
| 16-May-17 | Attention to DIP docs (1.8); attention to objection (.50); extension of objection (.10) | JRA | 2.40 |
| 16-May-17 | Internal meeting re next steps with proposal (.4); review DIP Order compareables (.5); internal discussions re the same (.4); review draft DIP order (.4); comments to the DIP order (.8); review and incorporate comments from Debtor counsel to the same (.8); review revised DIP Credit Agreement from DIP Lender (.3). | CVL | 3.60 |
| 16-May-17 | Review and provide comment with respect to draft DIP order (3.4); review comments from DIP Lender (.7); meeting w J. Ashmead re same (.4); coordinate comments between Debtor's counsel and further committee comments (2.2); email correspondence w Debtor counsel (.5); email correspondence w DIP Lender counsel (.3); review DIP Credit Agreement comments (.6). | RJG | 8.10 |
| 17-May-17 | Attention to comments to and review of DIP Agreement and DIP order and warrant and budget (1.6); discussions SQN and Debtor counsel (.40) | JRA | 2.00 |

| | | Invoice Date: | 20-Jun-17 |
| | | Invoice Number: | 336467 |
| | | Through | 31-May-17 |

29522      Suniva, Inc.
0011       Financing and Cash Collateral

| Date | Services | Atty | Hours |
| --- | --- | --- | --- |
| 17-May-17 | Internal discussions re DIP Lender comments to DIP Order (.2); review DIP orders re carveout (.2); call with DIP Lender Counsel and Debtor counsel re comments to DIP Order (.4); discuss the same with J. Ashmead (.1); review DIP credit agreement and DIP lenders' comments (.9); internal discussion re same (.3); revise DIP Credit agreement (.5); review and revise warrant agreement (.3); follow up internally re next steps (.2); review and incorporate comments from Debtors to credit agreement (.4); call with Emerald re DIP Credit Agreement (.2); circulate markup of Credit Agreement to all parties (.1) | CVL | 3.80 |
| 17-May-17 | Review and comment on Warrant Agreement. | ESH | 1.30 |
| 17-May-17 | Review and revise credit agreement (3.6); email correspondence w J. Ashmead and C. LoTempio re same (.4); review and revise DIP Order (.7); discuss same w J. Ashmead (.4); email correspondence between all parties re same (.6). | RJG | 5.70 |
| 18-May-17 | Review turn of DIP credit agreement (.4) and DIP Order (before deal with LP), and comment thereto (.6). | JRA | 1.00 |
| 18-May-17 | Review emails re DIP Credit Agreement (.1); review DIP order and Credit Agreement (.2); internal discussions re same (.2); circulate further comments to same (.1); review and circulate comments to warrant agreement (.2); call with Debtor's counsel re warrant agreement and DIP Order next steps (.3); send warrant agreement comments to DIP Lender and review response to same (.2). | CVL | 1.30 |
| 18-May-17 | Review and revise DIP Credit Agreement (3.3); review warrant agreement and comments from E. Horton (1.7); email correspondence re comments (.6); review budget (.3); email correspondence w S&K team re same (.2); | RJG | 6.40 |
| 19-May-17 | Discuss DIP with SQN counsel (.30); prep to attend DIP hearing (.50) | JRA | 0.80 |
| 19-May-17 | Review final revisions to DIP Credit Agreement (.6); review final revisions to DIP order and discuss w all parties (1.3); review final order as entered (.5). | RJG | 2.40 |
| 23-May-17 | Emails regarding NDA to go along with DIP lenders, including Lion Point, regarding 201 information, etc. | JRA | 0.20 |
| 24-May-17 | Attention to Confidentiality and common interest agreement, provide comments; review revised document (.80); emails debtor counsel firm regarding same (.20); emails Lipke and O'Neal (.10) | JRA | 1.10 |
| 24-May-17 | Review NDA and related email correspondence (.6). | RJG | 0.10 |
| 25-May-17 | Review NDA (.3). | RJG | 0.30 |

| | | Invoice Date: | 20-Jun-17 |
| | | Invoice Number: | 336467 |
| | | Through | 31-May-17 |

29522  Suniva, Inc.
0011   Financing and Cash Collateral

| Date | Services | Atty | Hours |
|------|----------|------|-------|
| 26-May-17 | Emails with Colin regarding nondisclosure agreement (.10) review comments from DIP lenders to same (.10). | JRA | 0.20 |
| 26-May-17 | Review revisions to NDA from Lion Point (.4); email correspondence re same (.2). | RJG | 0.60 |

| | | |
|---|---|---|
| Total Hours | | 169.30 |
| Total Services.............................................................................$ | | 123,180.00 |

Disbursements Recorded Through May 31, 2017

| | | |
|---|---|---|
| Total Disbursements...........................................................$ | | 0.00 |
| Total...................................................................................$ | | 123,180.00 |

| | Invoice Date: | 20-Jun-17 |
| --- | --- | --- |
| | Invoice Number: | 336467 |
| | Through | 31-May-17 |

29522      Suniva, Inc.
0011       Financing and Cash Collateral

| Atty No. / Init. | Class | Name | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| 0373 ESH | Partner | Edward Horton | 1.30 | 875.00 | 1,137.50 |
| 0431 MDK | Partner | Mark Kotwick | 0.50 | 925.00 | 462.50 |
| 0994 JRA | Partner | John Ashmead | 36.10 | 950.00 | 34,295.00 |
| 1998 RJG | Counsel | Robert J. Gayda | 89.40 | 725.00 | 64,815.00 |
| 1891 CVL | Associate | Catherine V. LoTempio | 42.00 | 535.00 | 22,470.00 |
| | | | 169.30 | | 123,180.00 |

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
(212) 574-1200

June 20, 2017

29522     Suniva, Inc.

Suniva, Inc.
Gregory J. Brabec
Wacker Chemie AG
553 Wacker Blvd. NW
P.O Box 446
Charleston, TN 37310

**For Professional Services Rendered Through May 31, 2017:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 29522-0012 | Litigation - Contested Matter and Adversary Proceedin | $2,359.00 | $0.00 | $2,359.00 |

| | Invoice Date: | 20-Jun-17 |
|---|---|---|
| | Invoice Number: | 336468 |
| | Through | 31-May-17 |

29522    Suniva, Inc.
0012    Litigation - Contested Matter and Adversary Proceedings

| Date | Services | Atty | Hours |
|---|---|---|---|
| 15-May-17 | Emails with Meyers re equity emails to debtor and UCC re 201 Petition (.20); internal discussion (.10) | JRA | 0.30 |
| 15-May-17 | Review emails/letters re communication from Shareholder to Debtor re 201 petition (.2); internal discussions re same (.2). | CVL | 0.40 |
| 25-May-17 | Review 201 petition (1.0); review background material concerning a ADCVD potential applicability (.50) | JRA | 1.50 |
| 26-May-17 | Review 201 complaint (.6). | RJG | 0.60 |
| | Total Hours | | 2.80 |
| | Total Services..........................................................................$ | | 2,359.00 |

Disbursements Recorded Through May 31, 2017

Total Disbursements.................................................................$                     0.00

Total............................................................................................$                  2,359.00

|                | Invoice Date:   | 20-Jun-17 |
|                | Invoice Number: | 336468    |
|                | Through         | 31-May-17 |

29522       Suniva, Inc.
0012        Litigation - Contested Matter and Adversary Proceedings

| Atty No. / Init. | Class | Name | Hours | Rate | Value |
|---|---|---|---|---|---|
| 0994 JRA | Partner | John Ashmead | 1.80 | 950.00 | 1,710.00 |
| 1998 RJG | Counsel | Robert J. Gayda | 0.60 | 725.00 | 435.00 |
| 1891 CVL | Associate | Catherine V. LoTempio | 0.40 | 535.00 | 214.00 |
|  |  |  | 2.80 |  | 2,359.00 |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
(212) 574-1200

June 20, 2017

29522      Suniva, Inc.

Suniva, Inc.
Gregory J. Brabec
Wacker Chemie AG
553 Wacker Blvd. NW
P.O Box 446
Charleston, TN 37310

**For Professional Services Rendered Through May 31, 2017:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 29522-0013 | Meetings and Communications with Committee/Creditors | $21,021.00 | $0.00 | $21,021.00 |

Page 2

Invoice Date:      20-Jun-17
Invoice Number:    336469
Through            31-May-17

29522   Suniva, Inc.
0013    Meetings and Communications with Committee/Creditors

| Date | Services | Atty | Hours |
|---|---|---|---|
| 27-Apr-17 | Meet with Suniva UCC after selection and discuss priority issues. | JRA | 1.00 |
| 27-Apr-17 | Meeting with Committee (.4); discussion of potential local counsel (.3); gather contact information and coordinate w C. LoTempio on Committee contact sheet (.5) review, revise and circulate same to Committee (.6). | RJG | 1.80 |
| 28-Apr-17 | Call with creditor counsel re priority steps. | JRA | 0.20 |
| 28-Apr-17 | Prepare for (.30) and call with committee re next steps, local counsel, update from calls with debtor and DIP lender advisors (.70); emails with UCC re local counsel (.20) | JRA | 1.20 |
| 28-Apr-17 | Compile and email to committee members re financial advisor pitch books (.2); compile and email to committee local counsel pitch materials (.2); prepare agenda for committee call (.1); participate in committee call (.7). | CVL | 1.20 |
| 28-Apr-17 | Call with Committee to provide update and plan financial advisor pitches (.7); coordinate same w C. LoTempio (.5); email correspondence w Committee re local counsel and financial advisor materials (.4). | RJG | 1.60 |
| 1-May-17 | Hold telephonic UCC meeting re selection of UCC FA (2.0; emails with Darin Ball (.10). | JRA | 1.00 |
| 1-May-17 | Committee call to interview and select FA to the Committee. | CVL | 2.00 |
| 1-May-17 | Interview financial advisors (2.0); calls related to interview process (.4). | RJG | 2.40 |
| 2-May-17 | Emails with UCC members re contact list, next steps. | JRA | 0.20 |
| 2-May-17 | Email to committee re scheduling of update call and election of chairpersons. | CVL | 0.10 |
| 4-May-17 | Email to committee to schedule next committee call | CVL | 0.10 |
| 8-May-17 | Prepare for (.2) and call with UCC (.6). | JRA | 0.80 |
| 8-May-17 | Circulate new dial-in and agenda for committee call (.2). | CVL | 0.20 |
| 8-May-17 | Prepare for call w Committee (.5); call w Emerald in advance of Committee call (.4); update call w Committee re various meetings and calls (.5); discuss same w J. Ashmead and C. LoTempio (.3). | RJG | 1.70 |
| 9-May-17 | Call with UCC member re DIP (.10); update to UCC re DIP (.20) | JRA | 0.30 |
| 9-May-17 | Email to committee members re call scheduling. | CVL | 0.10 |
| 10-May-17 | Emails with committee members (.20); prepare for (.30) and host UCC call regarding DIP, etc. (.50) | JRA | 1.00 |
| 10-May-17 | Circulate Lion Point DIP objection to Committee (.1). | CVL | 0.10 |
| 10-May-17 | Prepare for (.2) and call with Committee (.5). | RJG | 0.70 |

Page 3

|  | | Invoice Date: | 20-Jun-17 |
|--|--|---------------|-----------|
|  | | Invoice Number: | 336469 |
|  | | Through | 31-May-17 |

29522      Suniva, Inc.
0013       Meetings and Communications with Committee/Creditors

| Date | Services | Atty | Hours |
|------|----------|------|-------|
| 11-May-17 | Draft and email summary of DIP negotiations (as well as related DIP docs) (.8); follow up email correspondence in response to questions re same (.4). | RJG | 1.20 |
| 15-May-17 | Call from UCC member regarding status (.10); prepare for and UCC call regarding DIP status, etc. (.50) | JRA | 0.50 |
| 15-May-17 | Correspondence re committee call (.2); participate in Committee call (.5). | RJG | 0.70 |
| 16-May-17 | Draft email summary/update to Committee(.4); call w Blank Rome (.1). | RJG | 0.50 |
| 17-May-17 | Attention to UCC update, approval of DIP. | JRA | 0.30 |
| 17-May-17 | Draft email to committee re DIP documentation and send the same. | CVL | 0.20 |
| 17-May-17 | Draft email summary of current status of DIP negotiations to Committee. | RJG | 0.30 |
| 18-May-17 | Emails with UCC during day regarding status (.20); emails with RG re UCC noon call (.10) | JRA | 0.30 |
| 18-May-17 | Email correspondence w Committee members (.2); prepare for  (.6) and Committee meeting to approve DIP (.3). | RJG | 1.10 |
| 19-May-17 | Emails with UCC members and also with UCC | JRA | 0.20 |
| 19-May-17 | Draft email to committee re status of DIP Facility and results of hearing; revise and send the same. | CVL | 0.40 |
| 19-May-17 | Draft email correspondence re DIP hearing (.4); discuss same w C. LoTempio (.3). | RJG | 0.70 |
| 22-May-17 | Call with creditor (.10); set call with UCC (.10) | JRA | 0.20 |
| 22-May-17 | Emails to Committee advisors and chairperson re scheduling update call. | CVL | 0.10 |
| 23-May-17 | Call with counsel to committee member regarding status (.10); discuss with C. LoTempio topics for and planning for  UCC call tomorrow (.10); emails from committee members (.10) | JRA | 0.30 |
| 23-May-17 | Email and follow up email to committee re scheduling of update call. | CVL | 0.20 |
| 24-May-17 | Prepare for (.4) and host UCC call (.4). | JRA | 0.80 |
| 24-May-17 | Prepare for and call w UCC. | RJG | 0.70 |
| 25-May-17 | Review draft of update email to UCC, comment thereto. | JRA | 0.20 |
| 26-May-17 | Attention to communications with UCC regarding retention applications (.10) | JRA | 0.10 |
| 30-May-17 | Send email to Committee re WF/WX stay stipulation. | CVL | 0.10 |
| 31-May-17 | Emails with SQN re meeting with UCC advisors.. | JRA | 0.20 |
| 31-May-17 | Call with committee member re update on case status, WF/WX relief from stay stipulation and DIP Facility. | CVL | 0.30 |
| 31-May-17 | Review and revise email to Committee re WX stipulation (.3). | RJG | 0.30 |

| | | |
|---|---|---|
| Invoice Date: | | 20-Jun-17 |
| Invoice Number: | | 336469 |
| Through | | 31-May-17 |

29522      Suniva, Inc.
0013        Meetings and Communications with Committee/Creditors


Total Hours                                                                                                  27.60

Total Services..................................................................................$          21,021.00


Disbursements Recorded Through May 31, 2017


Total Disbursements........................................................................$                0.00


Total..............................................................................................$        21,021.00

| | | | | Invoice Date: | 20-Jun-17 |
| | | | | Invoice Number: | 336469 |
| | | | | Through | 31-May-17 |

29522      Suniva, Inc.
0013        Meetings and Communications with Committee/Creditors

| Atty No. / Init. | Class | Name | Hours | Rate | Value |
|---|---|---|---|---|---|
| 0994  JRA | Partner | John Ashmead | 8.80 | 950.00 | 8,360.00 |
| 1998  RJG | Counsel | Robert J. Gayda | 13.70 | 725.00 | 9,932.50 |
| 1891  CVL | Associate | Catherine V. LoTempio | 5.10 | 535.00 | 2,728.50 |
| | | | 27.60 | | 21,021.00 |

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
(212) 574-1200

June 20, 2017

29522      Suniva, Inc.

Suniva, Inc.
Gregory J. Brabec
Wacker Chemie AG
553 Wacker Blvd. NW
P.O Box 446
Charleston, TN 37310

**For Professional Services Rendered Through May 31, 2017:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 29522-0015 | Relief from Stay and Adequate Protection | $6,524.50 | $0.00 | $6,524.50 |

|  | | Invoice Date: | 20-Jun-17 |
|--|--|--|--|
|  | | Invoice Number: | 336470 |
|  | | Through | 31-May-17 |

29522      Suniva, Inc.
0015       Relief from Stay and Adequate Protection

| Date | Services | Atty | Hours |
|---|---|---|---|
| 3-May-17 | Emails with debtor and WX counsel and Madden regarding call with WX on Friday regarding WX liens and collateral (.20); | JRA | 0.20 |
| 4-May-17 | Emails with R. Gayda and Madden regarding call with WX and need to check in with debtor advisors to coordinate. | JRA | 0.10 |
| 4-May-17 | Call with Debtors' counsel and Committee advisors re WX lien and collateral issues (.4); | CVL | 0.40 |
| 4-May-17 | Call w Debtor's counsel re WX (.4); | RJG | 0.40 |
| 5-May-17 | Prepare for call with debtor's advisors and WX counsel(.10), call with same (.30) | JRA | 0.40 |
| 5-May-17 | Call with WX and Debtor counsel regarding WX collateral and coming to an agreement related thereto (.3); follow up call with Emerald re same (.2). | CVL | 0.50 |
| 5-May-17 | Review draft WX motion for relief from stay. | RJG | 0.70 |
| 19-May-17 | Speak with WX counsel re collateral sale. | JRA | 0.10 |
| 24-May-17 | Attention to WX email. | JRA | 0.10 |
| 24-May-17 | Review letter from WX. | RJG | 0.20 |
| 25-May-17 | Discuss Lien/loan info request and priorities with C. Lotempio and R. Gayda (.20);  also discuss WX stipulation/remaining inventory disposition (.10); review letters and draft stipulation related thereto (.20) | JRA | 0.50 |
| 25-May-17 | Attention WX issue (.3); email correspondence w Debtor re same (.2); | RJG | 0.50 |
| 26-May-17 | Attention to correspondence regarding WX proposed stipulation comments thereto. | JRA | 0.40 |
| 26-May-17 | Follow up regarding WX issue (.1); | RJG | 0.10 |
| 27-May-17 | Attention to WX stipulation, and emails with debtor counsel (.10); comment thereto (.20). | JRA | 0.30 |
| 27-May-17 | Review proposed stipulation and provide comment (.8); email correspondence w S&K team re same (.3); review and revise stip per J. Ashmead comments (.4); email to Debtor's counsel re same (.1). | RJG | 1.60 |
| 28-May-17 | Emails with C. LoTempio and R. Gayda regarding WX stipulation (.10), email from debtors counsel regarding same (.10). | JRA | 0.20 |
| 28-May-17 | Review proposed stipulation with WF/WX re relief from stay and Committee's comments to the same. | CVL | 0.30 |
| 28-May-17 | Review revised WX stipulation (.4); discuss same w S&K team (.1); email correspondence w Debtor's counsel re same (.1). | RJG | 0.60 |
| 29-May-17 | Attention to WX email from debtor counsel (.10), the UCC email re same ( .10) | JRA | 0.20 |

Page 3

Invoice Date:         20-Jun-17
Invoice Number:       336470
Through               31-May-17

29522      Suniva, Inc.
0015       Relief from Stay and Adequate Protection

| Date | Services | Atty | Hours |
|------|----------|------|-------|
| 29-May-17 | Review proposed stipulation re relief from stay with WF/WX (.5); draft email to committee re same (.3). | CVL | 0.80 |
| 31-May-17 | Review comments from Committee member to WX/WF stipulation | CVL | 0.20 |
| | Total Hours | | 8.80 |
| | Total Services...................................................................$ | | 6,524.50 |

Disbursements Recorded Through May 31, 2017

Total Disbursements................................................................$              0.00

Total......................................................................................$          6,524.50

| | Invoice Date: | 20-Jun-17 |
| --- | --- | --- |
| | Invoice Number: | 336470 |
| | Through | 31-May-17 |

29522      Suniva, Inc.
0015       Relief from Stay and Adequate Protection

| Atty No. / Init. | Class | Name | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| 0994 JRA | Partner | John Ashmead | 2.50 | 950.00 | 2,375.00 |
| 1998 RJG | Counsel | Robert J. Gayda | 4.10 | 725.00 | 2,972.50 |
| 1891 CVL | Associate | Catherine V. LoTempio | 2.20 | 535.00 | 1,177.00 |
| | | | 8.80 | | 6,524.50 |

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
(212) 574-1200

---

June 20, 2017

29522        Suniva, Inc.

Suniva, Inc.
Gregory J. Brabec
Wacker Chemie AG
553 Wacker Blvd. NW
P.O Box 446
Charleston, TN 37310

**For Professional Services Rendered Through May 31, 2017:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 29522-0018 | Non-Working Travel | $2,512.50 | $0.00 | $2,512.50 |

| | |
|---|---|
| Invoice Date: | 20-Jun-17 |
| Invoice Number: | 336471 |
| Through | 31-May-17 |

29522    Suniva, Inc.
0018     Non-Working Travel

| Date | Services | Atty | Hours |
|---|---|---|---|
| 18-May-17 | Travel related to DIP/Lion Point DIP. | JRA | 1.00 |
| 19-May-17 | Travel back to NY. | JRA | 2.00 |
| 19-May-17 | Travel to and from Delaware court hearing. | RJG | 3.00 |
| | Total Hours | | 6.00 |

Total Services.................................................................$    5,025.00

Less Discount................................................................$    (2,512.50)

Total Services After Discount...................... ...............$    2,512.50

Disbursements Recorded Through May 31, 2017

Total Disbursements.......................................................$    0.00

Total.............................................................................$    2,512.50

|  | | Invoice Date: | 20-Jun-17 |
|--|--|---------------|-----------|
|  | | Invoice Number: | 336471 |
|  | | Through | 31-May-17 |

29522      Suniva, Inc.
0018       Non-Working Travel

| Atty No. / Init. | Class | Name | Hours | Rate | Value |
|------------------|-------|------|-------|------|-------|
| 0994  JRA | Partner | John Ashmead | 3.00 | 950.00 | 2,850.00 |
| 1998  RJG | Counsel | Robert J. Gayda | 3.00 | 725.00 | 2,175.00 |
|  |  |  | 6.00 |  | 5,025.00 |

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
(212) 574-1200

June 20, 2017

29522        Suniva, Inc.

Suniva Committee
Wacker Chemie AG
553 Wacker Blvd NW
P.O. Box 446
Charleston, TN  37310

**For Professional Services Rendered Through May 31, 2017:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 29522-0021 | SQN Investigation | $1,180.00 | $0.00 | $1,180.00 |

Page 2

| | |
|---|---|
| Invoice Date: | 20-Jun-17 |
| Invoice Number: | 336472 |
| Through | 31-May-17 |

29522    Suniva, Inc.
0021     SQN Investigation

| Date | Services | Atty | Hours |
|---|---|---|---|
| 29-May-17 | Review SQN loan agreements and related security documentation to analyze secured creditors' claims. | DA | 2.00 |
| | Total Hours | | 2.00 |
| | Total Services...................................................................$ | | 1,180.00 |

Disbursements Recorded Through May 31, 2017

Total Disbursements.............................................................$            0.00

Total............................................................................$        1,180.00

Invoice Date:        20-Jun-17
Invoice Number:        336472
Through        31-May-17

29522        Suniva, Inc.
0021        SQN Investigation

| Atty No. / Init. | Class | Name | Hours | Rate | Value |
|---|---|---|---|---|---|
| 1931  DA | Associate | Daniel Avezbaki | 2.00 | 590.00 | 1,180.00 |
|  |  |  | 2.00 |  | 1,180.00 |