IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SUNIVA, INC.,[1] ) | Case No. 17-10837 (KG) |
| ) | |
| Debtor. ) | Hearing Date: July 18, 2017 at 11:00 a.m. |
| ) | Objection Deadline: July 11, 2017 at 4:00 p.m. |
| ) | |
| ) | Re: Docket No. 227 |

### ORDER APPROVING DEBTOR'S MOTION TO INCREASE WARRANT PERCENTAGE PURSUANT TO FINAL DIP ORDER

The Court, having considered the Debtor's Motion to Increase Warrant Percentage Pursuant to Final DIP Order (the "*Motion*")[2]; and the Court having jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated February 29, 2012; and consideration of the Motion and requested relief being a core proceeding pursuant to 28 U.S.C. §§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and proper notice having been provided under the circumstances and relief requested in the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtor and its estate; and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

---

[1] The last four digits of the Debtor's federal tax identification number is 2418. The Debtor's corporate headquarters is located at 5765 Peachtree Industrial Blvd, Norcross, Georgia 30092.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

IMPAC 5306869v.2

2. The DIP Lenders are hereby granted Warrants representing 75% of the outstanding shares of the Debtor prior to a confirmed plan of reorganization on a fully diluted basis. For the avoidance of doubt, the Warrants shall replace any Warrants previously granted to the DIP Lenders, and all other provisions of the Final DIP Order governing the Warrants, including paragraph 10(a)(ii) of the Final DIP Order and those provisions governing control and governance of the Debtor, remain unaffected by this Order.

3. The Revised Warrant Agreement is hereby approved.

4. The terms of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtor is authorized to take all steps necessary or appropriate to carry out this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: July 17, 2017
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

IMPAC 5306869v.2