# SIGN-IN-SHEET

CASE NAME: Suniva, Inc.
CASE NO.: 17-10837 (KG)

COURTROOM LOCATION: 3
DATE: 5/3/18

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| D. Stratton | Pepper Hamilton / Wanxiang North America | Wanxiang North America |
| Matthew Talmo | Morris Nichols | Committee |
| R. Stephen McNeill | Potter Anderson & Corroon | Debtor |

# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Kevin Gross**

**Courtroom**

Calendar Date: 05/03/2018
Calendar Time: 09:30 AM ET

2nd Revision  May 3 2018 6:01AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Suniva, Inc. | 17-10837 | Hearing | 9054732 | Colin Bernardino | (404) 532-6949 ext. | Kilpatrick Townsend & Stockton LLP | Debtor, Suniva Inc. / LIVE |
| | | Suniva, Inc. | 17-10837 | Hearing | 9054646 | Samuel R. Grego | (412) 392-5507 ext. | Dickie, McCamey & Chilcote, P.C. | Creditor, Evoqua Water Technologies, LLC / LIVE |
| | | Suniva, Inc. | 17-10837 | Hearing | 9056360 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| | | Suniva, Inc. | 17-10837 | Hearing | 9056026 | I-Heng Hsu | (202) 616-3619 ext. | U.S. Department of Justice - Civil Division | Interested Party, Department of Energy / LISTEN ONLY |
| | | Suniva, Inc. | 17-10837 | Hearing | 9054714 | Douglas J. Lipke | (312) 609-7646 ext. | Vedder Price P.C. | Creditor, DIP Lender SQN / LIVE |
| | | Suniva, Inc. | 17-10837 | Hearing | 9054701 | Catherine LoTempio | (212) 574-1632 ext. | Seward & Kissel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Suniva, Inc. | 17-10837 | Hearing | 9054890 | Todd Meyers | (404) 815-6482 ext. | Kilpatrick Townsend & Stockton LLP | Debtor, Suniva, Inc. / LIVE |
| | | Suniva, Inc. | 17-10837 | Hearing | 9057331 | Sean O'Neal | (212) 225-2416 ext. | Cleary Gottlieb Steen & Hamilton LLP | Interested Party, Lion Point Capital / LIVE |
| | | Suniva, Inc. | 17-10837 | Hearing | 9057333 | Jane VanLare | (212) 225-2872 ext. | Cleary Gottlieb Steen & Hamilton LLP | Interested Party, Lion Point Capital / LIVE |