**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>**SUNIVA, INC.**,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 17-10837 (KG)<br><br>**Hearing Date: June 12, 2018 at 2:00 p.m.**<br>**Objection Deadline: June 5, 2018 at 4:00 p.m.** |

**NOTICE OF MOTION OF VERITIV CORPORATION TO COMPEL DEBTOR TO REJECT ITS EXECUTORY CONTRACTS WITH VERITIV CORPORATION**

**PLEASE TAKE NOTICE** that, on May 22, 2018, Veritiv Corporation filed the **Motion of Veritiv Corporation to Compel Debtor to Reject Its Executory Contracts With Veritiv Corporation** (the "Motion"), with the Court.

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the Motion must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, and served so as to be received by the undersigned counsel **on or before June 5, 2018 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** THAT, A HEARING ON THE MOTION WILL BE HELD ON **JUNE 12, 2018 AT 2:00 P.M. (PREVAILING EASTERN TIME),** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM NO. 3, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

2

Dated: May 22, 2018
       Wilmington, Delaware       COLE SCHOTZ P.C.

                                     /s/ *Katherine M. Devanney*
                                     Norman L. Pernick (No. 2290)
                                     Katherine M. Devanney (No. 6356)
                                     500 Delaware Avenue, Suite 1410
                                     Wilmington, DE 19801
                                     Telephone: (302) 652-3131
                                     Facsimile: (302) 652-3117
                                     npernick@coleschotz.com
                                     kdevanney@coleschotz.com

                                     - and -

                                     SIDLEY AUSTIN LLP
                                     Jessica C. Knowles Boelter
                                     One South Dearborn Street
                                     Chicago, Illinois 60603
                                     Telephone: (312) 853-7000
                                     Facsimile: (312) 853-7036
                                     jboelter@sidley.com

                                     *Counsel for Veritiv Corporation*