**<u>EXHIBIT A</u>**



**WAREHOUSING AGREEMENT**

**THIS WAREHOUSING AGREEMENT** (this "Agreement") is made and entered into as of the 10 day of October, 2016 (the "Effective Date") by and between VERITIV OPERATING COMPANY, having its principal place of business at 6600 Governors Lake Parkway, Norcross, GA 30071 ("Unisource") and SUNIVA INC, having its principal place of business at 5775 Peachtree Industrial Blvd, Norcross, GA 30092("Customer").

**WHEREAS,** Customer wishes to warehouse certain products owned by Customer within Unisource's facility located at 5522 Aurelius Rd. Lansing, MI 48911 (the "Facility") and Veritiv has agreed to provide certain warehousing services related to said products;

**NOW, THEREFORE,** Customer and Veritiv agree as follows:

1.  Term: The term of this Agreement (the "Term") shall commence on October 10, 2016 and shall terminate (the "Termination Date"), pursuant to paragraph two herein below.

2.  Termination: Either party may terminate this Agreement for any reason by delivering written notice to the other party at least thirty (30) days prior to the intended termination date; or, if no storage or other services are performed under this Agreement for a period of ninety (90) consecutive days, this Agreement will terminate on the thirtieth (30th) day thereafter.

3.  Warehousing Services:

    (a)   The list of products to be stored at the Facility pursuant to this Agreement is set forth on Exhibit A, attached hereto and incorporated herein by this reference. Additions to or deletions from this list will require an updated Exhibit A ("Products"), signed by Customer and Unisource.

    (b)   Veritiv will take delivery of and store the Products in the Facility on behalf of Customer for the Term or until earlier terminated pursuant to this Agreement. Customer will ensure that all Products are properly packaged for safe handling and clearly marked for efficient handling.

    (c)   This Agreement does not constitute a commitment on behalf of Veritiv to provide a specific amount of storage space or a specific location of storage space. Veritiv may, without notice to Customer, move the Products within the Facility at any time.

4.  Delivery Services: Customer may, from time to time during the Term, deliver to Veritiv a written request for delivery of all or a portion of the Products. Such request shall be delivered to the designated representative of Veritiv as identified in Exhibit C attached hereto and incorporated herein by this reference. Such request shall state (i) the specific quantity of the Product (s) to be delivered; (ii) the address to which the Products(s) are to be shipped; and (iii) the requested method of shipment (via Veritiv delivery vehicle, via customer pick up, or via a third party common carrier). If shipment is by Veritiv delivery vehicle, Veritiv will deliver Product(s) to the address specified on the Customer's request, and shall release Product(s) to the Customer upon receipt of Customer's written acknowledgment of receipt of the Products. If shipment is via Customer pick up or third party common carrier ("Carrier"), Veritiv will deliver the Products specified in Customer's written request to Customer or Carrier at Unisource's specified dock area, and shall release such Products to Customer or Carrier upon receipt of Customer's or Carrier's written acknowledgment of receipt of the Products. Customer agrees to follow all Veritiv rules and regulations and all legal requirements related to delivery and docking.

5.  Loss; Insurance: The title and risk of loss of the Products shall remain with Customer after delivery of the Products to Unisource. Customer agrees to maintain in full force and effect during the term of this Agreement, the following insurance coverage:

(a) All Risk Property Insurance in an amount equal to the value of the Products to be stored at the Facility, as identified in Exhibit A, plus an incremental amount to cover potential additions to the list of stored Products during the Term;

(b) Commercial General Liability insurance covering claims for bodily injury, death or property damage, including coverage for Premises and Operations, Products and Completed Operations; in the amounts of $1,000,000 per occurrence; and $2,000,000 aggregate;

(c) Comprehensive Automobile Liability insurance covering all motor vehicles (including owned, non-owned, hired and other vehicles) in an amount of $1,000,000 Combined Single Limit per occurrence.

All such policies of insurance shall provide that the same shall not be canceled nor the coverage modified nor the limits changed, without first giving at least thirty (30) days' prior written notice to Unisource. No such cancellation, modification or change shall affect Customer's obligation to maintain the insurance coverages required by this Agreement. Customer shall deliver to Veritiv prior to the delivery of Products to the Facility a Certificate of Insurance for each policy of insurance naming Veritiv as an Additional Insured and provide for a waiver of subrogation. Additionally, if the value of the Products identified on Exhibit A increase, Customer will advise Veritiv in writing of the increased value of the Products and provide an updated Certificate of Insurance corresponding to the increased value. All liability insurance policies shall be written by insurance companies having an AM Best rating of A-VII. Customer shall be responsible for payment of any and all deductibles from insured claims under its policies. Notwithstanding anything to the contrary, in the event that Customer is unable to provide satisfactory evidence of the foregoing insurance then Veritiv shall have the right to terminate this Agreement upon one (1) day's prior written notice to Customer. Customer's liability under this Agreement shall not be limited to the amount of the insurance coverage and/or policies provided herein. Veritiv hereby limits its damage liability to $5.00 per pound of the Products stored for any damage however caused, including damage caused by the negligence of Veritiv employees.  Subject to the foregoing limitation, Veritiv shall have no liability for any damage to the Products while stored at the Facility nor while being delivered to Customer except and to the extent such damage is caused by the negligence or intentional misconduct of Unisource, its employees, agents or contractors, provided, however, Customer provides immediate written notice, in no event longer than sixty (60) days, to Veritiv of any such damage. Customer hereby expressly waives any such claim or cause of action against Veritiv for damage or loss related to the Products except to the extent such claim or cause of action is due to the negligence or intentional misconduct of Unisource, provided, however, such claim or action must be commenced either within nine (9) months after date of delivery by warehouseman.

6.    Invoices and Payment: Customer agrees to pay the fees set forth on Exhibit B attached hereto and incorporated herein by this reference. Veritiv will invoice the Customer weekly for fees for the prior week period. Payment is due within thirty (30) days after the date of the invoice. Payments received after the due date are subject to a late charge in the amount of one percent (1%) per month (or the maximum amount allowed by law) of the amount outstanding. In addition to such late charge, Veritiv shall have the right to terminate this Agreement if Customer fails to pay within five (5) days after the due date of the invoices as provided herein. If this Agreement is terminated, all charges, including storage charges and late charges, shall continue to accrue until the Products are removed.

7.    Remaining Products: Notwithstanding any other provision of this Agreement, Customer agrees that prior to the Termination Date or earlier termination date of this Agreement, Customer will: (i) pay in full all charges accruing and unpaid; and (ii) take delivery of all remaining Products. Should Customer fail to remove all Products from the Facility upon the expiration or earlier termination of this Agreement, then Veritiv may, but is not obligated, at Unisource's sole option, and at Customer's sole cost and expense, to either 1) ship the Products to Customer Cash On Delivery (which Customer shall pay) or 2) dispose of the Products in a commercially reasonable manner.

8.    Indemnity: Customer hereby indemnifies and holds Veritiv harmless against and from any and all claims, losses, and causes of action related to this Agreement or the Products, except to the extent such claims are caused by the negligence or intentional misconduct of Unisource. Veritiv shall not be liable to Customer or to Customer's employees, agents, invitees or visitors for any injury to persons (including death) or damage to Products on or about the Facility caused by the negligence or misconduct of Customer, Customer's employees, subtenants, agents, contractors or any other person entering the Facility under express or implied invitation of Customer, or arising out of any breach or default by Customer under this Agreement.

9.    Environmental Provisions / Product Ownership / Shipping: Customer represents and warrants that (i) it shall not store or deliver to, on, under or about the Facility or transport to or from the Facility any flammable explosives, radioactive materials, hazardous wastes, toxic substances defined as or included in the definition of "hazardous substances," "hazardous wastes," "hazardous materials," or "toxic substances" under any applicable federal or state laws or regulations; (ii) all Products stored or delivered to the Facility or transported to or from the Facility are and shall remain in compliance with all applicable laws, rules and regulations; (iii) none of the Products stored or delivered to, on, under or about the Facility or transported to or from the Facility are illegal or illegally obtained Products; (iv) it has ownership of all Products (with clear title); (v) Veritiv does not have beneficial title or interests in the Products; (vi) it will not ship or deliver Products to Veritiv as the named consignee; and (vii) it will not negligently misship Products to Unisource. Customer agrees to provide all information, including manufacturer notices regarding Products, needed or requested by Veritiv for proper storage including, but not limited to, product description, MSDS and any other information necessary to assure safe and legal storage of the Products. Customer shall indemnify Veritiv and hold Veritiv harmless from any cost, liability or expense imposed upon Veritiv due to the breach of any of the representations and warranties contained herein.

10.    Limitation of Liability: In no event shall either party be liable to the other in law or in equity for indirect, consequential or incidental damages of any kind related to this Agreement.

11.    Force Majeure: If Veritiv is unable to deliver the Products or otherwise fulfill its obligation hereunder because of acts of God, war, public enemies, seizure under legal process, strike, lockout, riot or civil commotion, or any other situation which is beyond Unisource's reasonable control, or because of loss or destruction of the Products, Veritiv shall have no liability for such inability.

12.    Notices: All notices shall be in writing, shall be sent either by (i) registered or certified mail, postage prepaid, return receipt requested, (ii) hand-delivery or (iii) nationally recognized overnight delivery service, and shall be deemed to have been duly given or made as of the date actually delivered to the appropriate party at the following address (or at such other address for a party as shall be specified by like notice):

**Unisource:**

Veritiv Operating Company
6600 Governors Lake Parkway
Norcross, Georgia 30071
Attn: VP-Logistics Solutions

**With a copy to:**

Veritiv Operating Company
6600 Governors Lake Parkway
Norcross, Georgia 30071
Attn: Real Estate Counsel

**Customer:**

Suniva, Inc.
5775 Peachtree Industrial Blvd.
Norcross, GA 30093
Attn: Kevin Dorman



13.   Miscellaneous: This Agreement and all attachments hereto represent the entire agreement between the parties. In the event of a conflict in terms between this Agreement and any Exhibit to this Agreement, the terms of this Agreement shall control. Any changes or modifications must be made in writing and signed by both parties. This Agreement shall be governed by and construed under the laws of the state where the Facility is located, without giving effect to its choice of law principles. Neither party may assign its rights or delegate its duties and obligations under this Agreement to any other person or entity without the prior written consent of the other, which consent may not be unreasonably withheld. Notwithstanding the foregoing, either party may assign the Agreement to an affiliate or a successor-in-interest through a merger or sale of substantially all of the assets or stock upon notice to the other party. This Agreement may be executed in two or more counterparts, each of which shall be considered one and the same Agreement. Either party hereto may, only by an instrument in writing, waive compliance by the other party hereto with any term or provision of this Agreement. The waiver by any party hereto of a breach of any term or provision of this Agreement shall not be construed as a waiver of any subsequent breach. If any provision of this Agreement is invalid, illegal or incapable of being enforced by any rule of law or public policy, all other conditions and provisions of this Agreement shall remain in full force and effect so long as the economic or legal substance of the transactions contemplated hereby is not affected in any manner adverse to any party. Nothing in this Agreement shall be construed as creating an employment relationship, partnership, or joint venture between the parties. The provisions of Sections 4, 5, 6, 7, 8, 9 and 10 shall survive the expiration or earlier termination of this Agreement.

**IN WITNESS WHEREOF**, the parties have executed this Agreement effective as of the date first above written.

UNISOURCE:

VERITIV OPERATING COMPANY

By: _____

Name: _Janos Hancock_

Title: _Director_

CUSTOMER:

SUNIVA, INC.

By: _____

Name: _ELVIN ORMAN_

Title: _SR. DR. INT'L MGMT & LOGISTICS_

## <u>EXHIBIT A</u>

### LISTING OF ITEMS TO BE STORED AT VERITIV FACILITY

Solar Panels on Pallets (67x41x102)

ADDITIONAL SIZE - 81 X 41 X 45 H

## EXHIBIT B

### FEE SCHEDULE

1.  Handling Fees – Full Pallets: Customer will be charged handling fees of: (i) $5.22 per pallet (40"x48"x60" – Single SKU or Single Line) for each pallet received into the Facility; and (ii) $5.22 for each pallet (40"x48"x60" – Single SKU or Single Line) removed from Facility. Normal handling fees include storage for the week in which the unit is received. Handling fees are based upon receipts during normal Facility receiving hours from 8:00 A.M. to 12:00 P.M. Monday through Friday, excluding posted Veritiv holidays. Receipts will be received into the warehouse management system and be made available for allocation to outbound orders the next business day. Receipts outside of regular receiving hours as described above or any receipts requested to be made available for immediate allocation to outbound orders require approval in advance by the Facility manager and Customer will be charged an additional handling fee.

2.  ~~Handling Fees – Cartons or Mixed Pallets: Customer will be charged handling fees of: (iii) $_____ per line (1 carton or other applicable measuring unit up to 1 full pallet of a single item or SKU) for each line received into the Facility or removed from the Facility; and (iv) $_____ for each carton (or other applicable handling unit) received into the Facility or removed from Facility. Normal handling fees include storage for the week in which the unit is received. Handling fees are based upon receipts during normal Facility receiving hours from 8:00 A.M. to 12:00 P.M. Monday through Friday, excluding posted Veritiv holidays. Receipts will be received into the warehouse management system and be made available for allocation to outbound orders the next business day. Receipts outside of regular receiving hours as described above or any receipts requested to be made available for immediate allocation to outbound orders require approval in advance by the Facility manager and Customer will be charged an additional handling fee.~~

3.  Order Charges: Customer will be charged an Order Charge of $10.00 per each inbound and each outbound order shipping from or being received into the Facility. An order charge will be assessed for each inbound and outbound bill of lading or other applicable receiving/shipping document.

4.  Storage Fees: Customer will be charged a weekly storage fee of $ 2.15 per pallet of Product; (or other applicable measuring unit) which is stored in the Facility 11:59 pm Eastern Time on Saturday.

5.  Delivery Fees: Customer requests for release or shipment of Products must be received by the designated Veritiv employee not later than 2:30 P.M. the day before the requested ship date.

    a)  Deliveries via Veritiv truck:

        1.  A fee of $ 475 per delivery will be charged for all Products delivered via Veritiv delivery vehicle by appointment. A special delivery fee will be added for each delivery required before 8:00 A.M. or after 5:00 P.M.; or for each delivery required on a Saturday, Sunday or federal holiday. Delivery prices are quoted based on the Department of Transportation National Diesel Average on the "Agreement" Date. Veritiv may apply a fuel surcharge at its discretion based on fuel increases.

    b)  Deliveries via third party common carrier:

        1.  Veritiv will provide Product pulling, staging and loading assistance for all Products shipped via a third party common carrier as part of the handling fees described above.
        2.  All third party common carrier shipments will be billed either collect to the Customer or consignee address or third party to the address specified by the Customer at the time the Product release is requested.

3. If Customer does not specify a particular carrier, Veritiv will select a carrier from the Veritiv preferred carrier listing; Customer will pay all related shipping charges for Veritiv selected carriers as described in Section 3(a)2 above.

4.  ~~Minimum Fees: If no Products are delivered and stored at the Facility for thirty (30) consecutive days, a minimum monthly administrative fee of $ _____ will be billed to Customer.~~

5.  Communication Fees: If Customer requires communications be made by other than regular U.S. mail, then those expenses including, but not limited to, postage, telephone, telegram, overnight delivery or courier will be charged to Customer.

6.  Labor Fees: Warehouse labor required for services other than ordinary handling and storage will be charged to the Customer at a rate of $ 30.00 per hour during normal business hours (M-F; 8:00 am – 5:00 pm); labor required outside of normal hours requires approval in advance by the Facility manager, and will be charged at the prevailing overtime and/or holiday rate for the Facility.

7.  Miscellaneous Fees: If the Customer requires special storage, inventory reporting, (item activity, physical inventory, shipment documentation, special product identification or labeling), such reporting or additional activities shall be provided at the Customer's request, subject to prior written approval from the Facility manager. Fees for reporting or additional activity requests are listed on Exhibit C.



| | | | |
|---|---|---:|---|
| **Stretch Wrap – Standard** | $ | 1.75 | per pallet (40"x48") |
| **Stretch Wrap – Oversized** | $ | 2.50 | per pallet (Oversized) |
| **Banding – Metal** | $ | 2.00 | per band |
| **Banding – Nylon** | $ | 1.75 | per band |
| **Pallets** (Additional sizes/grades available) | $ | 5.50 | 40"x48" "Grade B" |
| **Inbound Order Charge** | $ | 10.00 | per bill of lading |
| **Outbound Order Charge** | $ | 10.00 | per bill of lading |
| **Emergency Order Charge\*** | $ | 20.00 | per bill of lading |
| **Order Cancellation Charge** | $ | 5.00 | per bill of lading |
| **Will Call Order Charge** | $ | 5.00 | per bill of lading |
| **Return/Restock Charge** | $ | 5.00 | per pallet or per line |

*Order placed during normal operating hours – Involving special handing or advanced shipping

| | | | |
|---|---|---:|---|
| **Pictures** | $ | 0.50 | per picture |
| **Labeling\* – Provided by Customer** | $ | 0.15 | per label |

*Veritiv can design, print & apply custom labels

| | | | |
|---|---|---:|---|
| **Palletization, Down Stacking, Floor Loaded\*** | | | |
| **1lb. To 15lb. Cartons** | $ | 0.20 | per carton or bag |
| **16lb. To 30lb. Cartons** | $ | 0.25 | per carton or bag |
| **31lb. To 40lb. Cartons** | $ | 0.40 | per carton or bag |
| **41lb. To 50lb. Cartons** | $ | 0.50 | per carton or bag |
| **51lb. To 99lb. Cartons** | $ | 1.00 | per carton or bag |

*250.00 minimum devanning charge per container

| | | | |
|---|---|---:|---|
| **Labor\*** | $ | 30.00 | per man hour |
| | $ | 50.00 | overtime per man hour |

*One hour minimum labor charge

| | | | |
|---|---|---:|---|
| **Weekend/Afterhours Labor\*** | $ | 350.00 | weekend opening |
| | $ | 45.00 | weekend per man hour |

*Standard handling rates apply

| | | | |
|---|---|---:|---|
| **General IT Development – Basic Reporting** | $ | 75.00 | per man hour |
| **Advanced IT Development – Integration/Coding** | $ | 150.00 | per man hour |
| ~~**Administration Charge**~~ | ~~$~~ | ~~50.00~~ | ~~per week~~ |
| ~~**Storage Minimum**~~ | ~~$~~ | ~~50.00~~ | ~~per week~~ |
| **Parcel Processing Fee\*** | $ | 2.00 | per order |
| **Address Correction Charge** | $ | 5.00 | per order |
| **Package Interception Charge** | $ | 5.00 | per order |
| **International Shipment Processing Charge** | $ | 5.00 | per shipment |
| **Issue Call Tag Charge** | $ | 5.00 | per call tag issued |

*$2.00 fee ONLY assessed when not using Veritiv as the shipper

**EXHIBIT C**

**SCHEDULE OF ADDITIONAL SERVICES**
**VERITIV CONTACT LISTING**

1.  <u>Additional Services Available</u>:  The following support services are available at Customer's request. Charges for these services will be based on an hourly rate of $30.00; Customer will be charged for the actual hours worked, subject to a one (1) hour(s) minimum for any requested service.
    a.   Physical inventory count and/or verification
    b.   Item transaction history reporting
    c.   Shipment documentation or reporting beyond normal shipping paperwork
    d.   Special product labeling for inbound or outbound shipments
    e.   Special palletization, unitization or product separation
    f.   Removal of non-moving inventory to disposal site at Customer's request

2.  Services other than those included in Section of this Exhibit C may be requested by Customer. Veritiv may, at its sole discretion, determine whether to perform such services. Charges for these services will be negotiated separately by Customer and Unisource.

3.  Veritiv contacts:

    | Aoife Heffernan |
    | --- |
    | Veritiv Logistics Solutions – Business Development |
    | 3091 Governors Lakes Drive, Suite 350 |
    | Norcross, GA  30071 |
    | 770-797-4649 |

    | Jim Reeva |
    | --- |
    | Veritiv Operating Company - Operations |
    | 5522 Aurelius Rd. |
    | Lansing, MI 48911 |
    | 517-393-5282 X6174 |

