# **EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re <br><br> **SUNIVA, INC.,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 17-10837 (KG) <br><br> **Related to Docket No.** _____ |

## ORDER GRANTING MOTION OF VERITIV CORPORATION TO COMPEL DEBTOR TO REJECT ITS EXECUTORY CONTRACTS WITH VERITIV CORPORATION

Upon the motion (the "Motion") of Veritiv Corporation ("Veritiv") to compel the Debtor to reject its executory contracts with Veritiv; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and the opportunity for a hearing on the Motion having been given; and upon the Court having reviewed and considered the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtor is ordered to immediately reject each of its eight Warehousing Agreements with Veritiv.

2

3. The Debtor is ordered to immediately retrieve all of its inventory currently from Veritiv's warehousing facilities, subject to resolution of any possessory lien rights of Veritiv and payment of Veritiv's claims.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order.

Dated: _____, 2018

                                       THE HONORABLE KEVIN GROSS
                                       UNITED STATES BANKRUPTCY JUDGE