IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                        :
In re                                                   : Chapter 11
                                                        :
SUNIVA, INC.,[1]                                        : Case No. 17-10837 (KG)
                                                        :
        Debtor.                                         :
                                                        : Ref. Docket Nos. 692 and 712
------------------------------------------------------- x

**RESERVATION OF RIGHTS OF WANXIANG AMERICA CORPORATION TO THE MOTION OF VERITIV CORPORATION TO COMPEL DEBTOR TO REJECT ITS EXECUTORY CONTRACTS WITH VERITIV CORPORATION**

Wanxiang America Corporation ("Wanxiang"), a secured creditor in the above-referenced chapter 11 case, by and through its undersigned counsel, hereby respectfully submits this reservation of rights (this "Reservation of Rights") to the *Motion of Veritiv Corporation to Compel Debtor to Reject its Executory Contracts With Veritiv Corporation* [Docket No. 692] (the "Motion").[2] In support hereof, Wanxiang respectfully states as follows:

**RELEVANT BACKGROUND**

1.      Suniva, Inc. ("Suniva") and Wells Fargo Bank, National Association ("Wells Fargo") entered into that certain Credit and Security Agreement dated May 25, 2012 (the "Wells Fargo Credit Agreement") by which Wells Fargo had extended a revolving line of credit to Suniva (the "Wells Fargo Credit Facility") secured by first liens on substantially all of Suniva's assets (the "Collateral"), including its inventory. The Wells Fargo Credit Agreement was supported by that certain Standby Credit Support and Security Agreement dated November 22, 2013 (the "Standby Agreement"), by which Wanxiang provided a $15,000,000 standby letter of

---

[1] The last four digits of each Debtor's federal tax identification number is: 2418. The Debtor's corporate headquarters is located at 5765 Peachtree Industrial Blvd., Norcross, Georgia 30092.

[2] Capitalized terms used but not defined herein shall have the meanings given to such terms in the Sale Motion.

01:23293531.1

credit in favor of Wells Fargo (the "Wells Fargo LOC").  The Standby Agreement also granted a security interest in the Collateral and such lien was expressly subordinated to Wells Fargo's liens pursuant to a certain Subordination Agreement, dated November 22, 2013.

2. On March 15, 2017, Wells Fargo, in connection with an acceleration under the Wells Fargo Credit Facility, drew on the Wells Fargo LOC in the full $15,000,000.  Subsequently, Wanxiang provided notice to Suniva that it was succeeding to Well Fargo's rights under the Wells Fargo Credit Agreement.

3. As disclosed in the Motion, Veritiv is storing approximately 1,252 pallets of Suniva's solar panels (the "Panels") across eight of its warehousing facilities.  As noted in the *Debtor's Limited Objection to Motion of Veritiv Corporation to Compel Debtor to Reject Its Executory Contracts With Veritiv Corporation* [Docket No. 712], the Panels constitute Wanxiang's Collateral under the Standby Agreement.

## RESERVATION OF RIGHTS

4. Wanxiang does not object to the relief requested in the Motion.  Further, Wanxiang is hopeful that it will be able to reach a resolution with Veritiv regarding the disposition of the Panels, and has already contacted Veritiv regarding such a resolution.  However, Wanxiang expressly reserves all rights regarding the Panels, including the right to challenge Veritiv's alleged possessory liens.

Dated: June 7, 2018
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
Edmon L. Morton (No. 3856)
Sean M. Beach (No. 4070)
Kenneth J. Enos (No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Wanxiang America Corporation*