**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUNIVA, INC.,[1] | ) | Case No. 17-10837 (KG) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 27, 2018 AT 10:00 A.M. (EASTERN) BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE 824 MARKET STREET, COURTROOM 3, 6TH FLOOR WILMINGTON, DELAWARE 19801[2]**

I.  **UNCONTESTED MATTER GOING FORWARD**

1. Debtor's Motion Pursuant to Sections 105(a), 506(c) and 554(a) of the Bankruptcy Code for an Order Authorizing the Debtor to (I) Abandon Certain Assets and (II) Surcharge Wanxiang America Corporation's Collateral [Filed 6/19/18, D.I. 740]

Response Deadline: June 26, 2018 at 12:00 p.m.

Related Documents: None.

Response(s) Received: None.

Status: This matter will go forward solely with respect to the abandonment request. The surcharge matter will go forward at a date and time to be determined.

II.  **CONTESTED MATTER GOING FORWARD**

2. Motion of Veritiv Corporation to Compel Debtor to Reject Its Executory Contracts with Veritiv Corporation [Filed 5/22/18, D.I. 692]

Response Deadline: June 5, 2018 at 4:00 p.m.

Related Documents:

---

[1] The last four digits of the Debtor's federal tax identification number is 2418. The Debtor's corporate headquarters is located at 5765 Peachtree Industrial Blvd, Norcross, Georgia 30092.

[2] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

(a) Reply in Support of Motion of Veritiv Corporation to Compel Debtor to Reject Its Executory Contracts with Veritiv Corporation [Filed 6/7/18, D.I. 720]

Response(s) Received:

(a) Debtor's Limited Objection to Motion of Veritiv Corporation to Compel Debtor to Reject Its Executory Contracts with Veritiv Corporation [Filed 6/5/18, D.I. 712]

(b) Reservation of Rights of Wanxiang America Corporation to the Motion of Veritiv Corporation to Compel Debtor to Reject Its Executory Contracts with Veritiv Corporation [Filed 6/7/18, D.I. 719]

Status:  This matter is going forward.

Dated: June 25, 2018
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (DE Bar No. 4057)
R. Stephen McNeill (DE Bar No. 5210)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

*Co-Counsel to the Debtor and Debtor in Possession*

-and-

**KILPATRICK TOWNSEND & STOCKTON LLP**
Todd C. Meyers, Esq.
Colin M. Bernardino, Esq.
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555

*Counsel to the Debtor and Debtor in Possession*