# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| **SUNIVA, INC.**, | Case No. 17-10837 (KG) |
| Debtor. | |
| | Ref. Docket No. 740 |

### RESERVATION OF RIGHTS OF VERITIV CORPORATION TO THE MOTION OF SUNIVA, INC. TO (I) ABANDON CERTAIN ASSETS AND (II) SURCHARGE WANXIANG AMERICA CORPORATION'S COLLATERAL

Veritiv Corporation ("Veritiv") by an through its undersigned counsel, hereby respectfully submits this reservation of rights (the "Reservation of Rights") to the *Debtor's Motion Pursuant to Sections 105(a), 506(c) and 554(a) of the Bankruptcy Code for an Order Authorizing the Debtor to (I) Abandon Certain Assets and (II) Surcharge Wanxiang America Corporation's Collateral* (the "Motion"). In support hereof, Veritiv respectfully states as follows:

### PRELIMINARY STATEMENT

1. Prior to the commencement of this chapter 11 case, the Debtor and Veritiv entered into eight separate warehousing agreements (the "Warehousing Agreements") pursuant to which Veritiv agreed to store certain of the Debtor's inventory in exchange for the payment by the Debtor of certain storage, labor, and handling fees. As of the date hereof, Veritiv is storing approximately 1,252 pallets of Suniva's solar panels across eight of its warehousing facilities.

2. On April 17, 2017 (the "Petition Date") the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Since the Petition Date, the Debtor has neither paid Veritiv for its storage services under the Warehousing Agreements nor collected its inventory and seek alternative warehousing arrangements, despite repeated requests to do so.

3. On May 22, 2018, Veritiv filed its *Motion of Veritiv Corporation to Compel Debtor to Reject its Executory Contracts with Veritiv Corporation* [Docket No. 692] seeking an order compelling the Debtor to reject each of the eight Warehousing Agreements and immediately retrieve its inventory from Veritiv's warehousing facilities, subject to the resolution of certain possessory liens rights Veritiv may have and the payment of Veritiv's claim.

## RESERVATION OF RIGHTS

4. Veritiv does not generally object to the Debtor's request to abandon the inventory stored in Veritiv's warehouses in the Motion. Veritiv does object, however, to such relief to the extent the inventory would be abandoned to Wanxiang ("WX") prior to the resolution and payment of Veritiv's claim, including the resolution of issues associated with Veritiv's possessory liens. Veritiv is in active discussions with WX and is hopeful that such a resolution will be reached prior to the hearing with respect to the Motion. Until any such resolution, Veritiv expressly reserves all of its rights pertaining to the inventory currently stored in Veritiv's warehousing facilities, including the right to enforce its possessory liens over such solar panels.

40000/0600-16026429v1

Dated: June 26, 2018
      Wilmington, Delaware

                                    COLE SCHOTZ P.C.

                                    /s/ *Katherine M. Devanney*
                                    Norman L. Pernick (No. 2290)
                                    Katherine M. Devanney (No. 6356)
                                    500 Delaware Avenue, Suite 1410
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 652-3131
                                    Facsimile:  (302) 652-3117
                                    npernick@coleschotz.com
                                    kdevanney@coleschotz.com

                                    - and -

                                    SIDLEY AUSTIN LLP
                                    Jessica C. Knowles Boelter
                                    One South Dearborn Street
                                    Chicago, Illinois 60603
                                    Telephone: (312) 853-7000
                                    Facsimile:  (312) 853-7036
                                    jboelter@sidley.com

                                    *Counsel for Veritiv Corporation*