UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

In re **Suniva, Inc.**_____

Case No. **CASE 17-10837-KG** _____  Reporting Period: **October 1st, 2018-October 31st, 2018** _____

MONTHLY OPERATING REPORT

**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.


_____
Signature of Debtor

_____
Date


_____
Signature of Joint Debtor

_____
Date


**/s/ David Baker**_____
Signature of Authorized Individual*

**11/20/2018**_____
Date


David Baker

Chief Restructuring Officer

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company

MOR (04/07)

SUNIVA, INC.
(CASE 17-10837-KG

| | | BANK ACCOUNTS | | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | UTILITY | OTHER | A/R Escrow | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| BEGINNING BALANCE | 1,034,359 | - | - | 44,000 | 590,136 | - | 1,668,495 | - | 10,684 | - |
| RECEIPTS | - | - | - | - | - | - | - | - | - | - |
| CASH SALES | | | | | | | | | | |
| ACCOUNTS RECEIVABLE | - | - | - | - | - | - | - | - | 1,778,060 | - |
| LOANS AND ADVANCES | 138,108 | - | - | - | - | - | 138,108 | 16,300 | 12,596,108 | 12,681,927 |
| SALE OF ASSETS | - | - | - | - | - | - | - | - | - | - |
| OTHER (ATTACH LIST) | 9,645 | - | - | - | - | - | 9,645 | - | 157,686 | - |
| TRANSFERS (FROM DIP ACCTS) | - | - | - | - | - | - | - | - | 567,649 | - |
| TOTAL RECEIPTS | 147,753 | - | - | - | - | - | 147,753 | 16,300 | 15,099,503 | 12,681,927 |
| | | | | | | | | | | |
| NET PAYROLL | (42,951) | - | - | - | - | - | (42,951) | - | (1,444,485) | (1,403,240) |
| PAYROLL TAXES | - | - | - | - | - | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - | - | - | - | (2,223,865) | (2,138,321) |
| INSURANCE | (7,442) | - | - | - | - | - | (7,442) | - | (509,993) | (393,370) |
| ADMINISTRATIVE | - | - | - | - | - | - | - | - | - | - |
| SELLING | - | - | - | - | - | - | - | - | - | - |
| OTHER (ATTACH LIST) | (68,417) | - | - | - | - | - | (68,417) | - | (942,101) | (1,256,628) |
| OWNER DRAW * | | | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | - | - | - | - | - | - | - | - | (1,545,245) | - |
| PROFESSIONAL FEES | - | - | - | - | - | - | - | (16,300) | (6,661,571) | (7,430,378) |
| U.S. TRUSTEE QUARTERLY FEES | (10,866) | - | - | - | - | - | (10,866) | - | (96,355) | (59,988) |
| COURT COSTS | - | - | - | - | - | - | - | - | - | - |
| TOTAL DISBURSEMENTS | (129,676) | - | - | - | - | - | (129,676) | (16,300) | (13,423,615) | (12,681,927) |
| | | | | | | | | | | |
| NET CASH FLOW | 18,078 | - | - | - | - | - | 18,078 | - | 1,675,888 | - |
| | | | | | | | | | | |
| CASH - END OF MONTH | 1,052,437 | - | - | 44,000 | 590,136 | - | 1,686,572 | - | 1,686,572 | - |

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES  (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 129,676 |
| LESS  TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 129,676 |

SUNIVA, INC.
(CASE 17-10837-KG

**MOR 1A**

| | Operating | Payroll | Tax | Utility | Other | A/R Escrow | Total |
|---|---|---|---|---|---|---|---|
| BALANCE PER BOOKS | 1,052,437 | - | - | 44,000 | 590,136 | - | 1,686,572 |
| BANK BALANCE | 1,052,436 | - | - | 44,000 | 590,136 | - | 1,686,571 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | - | - | - | - | - | - | - |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | - | - | - | - | - | - | - |
| OTHER (ATTACH EXPLANATION) [1] | 1 | - | - | - | - | - | 1 |
| ADJUSTED BANK BALANCE * | 1,052,437 | - | - | 44,000 | 590,136 | - | 1,686,572 |
| | | | | | | | |
| Check | - | - | - | - | - | - | - |

[1] Reconciliation Adjustment

SUNIVA, INC.
(CASE 17-10837-KG

| | Month | Cumulative Filing to Date |
|---|---|---|
| Norcross Shutdown Costs (Chemical/Shipment) | - | 20,010 |
| Press Release | - | 910 |
| Wells Fargo Service Charge | - | 8,955 |
| Saginaw, Michigan Lawn Care/Snow Plowing | - | 5,776 |
| Saginaw Michigan, Labor Poster | - | 21 |
| Commercial Card Error [1] | - | 138 |
| Bank & Technology Services Fee [2] | - | 863 |
| Utilities | 68,417 | 795,525 |
| Oracle Migration | - | 35,000 |
| Fire Alarm Protection & Renewal | - | 2,757 |
| IT Costs | - | 2,119 |
| Patent Renewal Fee | - | 850 |
| Gwinnett County Water Test | - | 350 |
| Saginaw , Michigan Property Tax Payments | - | 30,177 |
| Saginaw Business License | - | 20 |
| Georgia Tech Research Corporation Payment | - | 25,000 |
| Registered Agent Fees | - | 11,467 |
| Transportation Costs | - | 2,164 |
| Total Other Disbursements | 68,417 | 942,101 |
| | | |
| Cash Receipts for Reimbursements | - | 9,907 |
| Commercial Card Error [1] | - | 138 |
| Interest | - | 314 |
| COBRA Related Rebate | - | 94,962 |
| Bank & Technology Services Fee [2] | - | 863 |
| Insurance Rebate | 9,645 | 47,552 |
| Misc. Receipts | - | 3,268 |
| Wells Fargo Reimbursement | - | 175 |
| Registered Agent Reimbursement | - | 508 |
| Total Other Receipts | 9,645 | 157,686 |

[1] On May 8th, 2017 Wells Fargo charged the bank account for a Commercial Payment of $137.88. This was done in error and on May 16th, 2017 this amount was refunded back into the account.

[2] On June 30th, 2017 Rabobank charged the bank account for a Bank & Technology Services Fee of $863.01. This was done in error and on July 6th. 2017 this amount was refunded back into the account.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Cumulative to Date Fees | Cumulative to Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Kilpatrick Townsend & Stockton LLP | 4/17-4/30/2017 | 114 536 | Suniva Inc. | Wire | 6/26/2017 | 111 690 | 2 846 | 111 690 | 2 846 |
| Potter Anderson & Corroon LLP | 4/17-4/30/2017 | 33 867 | Suniva Inc. | Wire | 6/26/2017 | 32 409 | 1 458 | 32 409 | 1 458 |
| Garden City Group LLC | 4/17-4/30/2017 | 40 299 | Suniva Inc. | Wire | 6/26/2017 | 32 508 | 7 791 | 32 508 | 7 791 |
| Aurora Management Partners Inc. | 4/17-5/31/2017 | 122 049 | Suniva Inc. | Wire | 6/29/2017 | 116 080 | 5 969 | 116 080 | 5 969 |
| Mayer Brown LLP | 4/17-4/30/2017 | 64 332 | Suniva Inc. | Wire | 7/6/2017 | 64 006 | 326 | 64 006 | 326 |
| Kilpatrick Townsend & Stockton LLP | 5/1-5/31/2017 | 228 399 | Suniva Inc. | Wire | 7/20/2017 | 225 608 | 2 791 | 337 298 | 5 637 |
| Seward & Kissel LLP | 4/27-5/31/2017 | 150 732 | Suniva Inc. | Wire | 7/25/2017 | 149 305 | 1 426 | 149 305 | 1 426 |
| Morris Nichols Arsht & Tunnell LLP | 4/28-5/31/2017 | 28 258 | Suniva Inc. | Wire | 7/25/2017 | 27 544 | 714 | 27 544 | 714 |
| Emerald Capital Advisors | 5/1-5/31/2017 | 20 279 | Suniva Inc. | Wire | 7/25/2017 | 20 000 | 279 | 20 000 | 279 |
| Mayer Brown LLP | 5/1-5/31/2017 | 107 242 | Suniva Inc. | Wire | 8/1/2017 | 106 317 | 925 | 170 323 | 1 251 |
| Potter Anderson & Corroon LLP | 5/1-5/31/2017 | 31 273 | Suniva Inc. | Wire | 8/8/2017 | 29 944 | 1 329 | 62 353 | 2 787 |
| Aurora Management Partners Inc. | 6/1-6/30/2017 | 63 723 | Suniva Inc. | Wire | 8/14/2017 | 62 873 | 851 | 178 953 | 6 820 |
| Potter Anderson & Corroon LLP | 6/1-6/30/2017 | 21 112 | Suniva Inc. | Wire | 8/14/2017 | 20 400 | 712 | 82 753 | 3 498 |
| Seward & Kissel LLP | 6/1-6/30/2017 | 26 965 | Suniva Inc. | Wire | 8/14/2017 | 26 885 | 79 | 176 190 | 1 506 |
| Kilpatrick Townsend & Stockton LLP | 6/1-6/30/2017 | 8 055 | Suniva Inc. | Wire | 8/14/2017 | 7 754 | 301 | 35 298 | 1 014 |
| Kilpatrick Townsend & Stockton LLP | 6/1-6/30/2017 | 92 612 | Suniva Inc. | Wire | 8/14/2017 | 88 554 | 4 057 | 425 852 | 9 695 |
| Mayer Brown LLP | 6/1-6/30/2017 | 99 775 | Suniva Inc. | Wire | 8/16/2017 | 78 183 | 21 592 | 248 506 | 22 843 |
| Emerald Capital Advisors | 6/1-6/30/2017 | 20 156 | Suniva Inc. | Wire | 8/16/2017 | 20 000 | 156 | 40 000 | 435 |
| Kilpatrick Townsend & Stockton LLP | 6/1-6/30/2017 | 31 590 | Suniva Inc. | Wire | 8/24/2017 | 31 590 | - | 457 442 | 9 695 |
| Garden City Group LLC | 5/1-6/30/2017 | 30 701 | Suniva Inc. | Wire | 8/30/2017 | 27 520 | 3 181 | 60 028 | 10 972 |
| Kilpatrick Townsend & Stockton LLP | 7/1-7/31/2017 | 61 021 | Suniva Inc. | Wire | 9/7/2017 | 59 740 | 1 281 | 517 182 | 10 976 |
| Garden City Group LLC | 5/1-6/30/2017 | 25 028 | Suniva Inc. | Wire | 9/7/2017 | 12 202 | 12 826 | 72 230 | 23 798 |
| Aurora Management Partners Inc. | 7/1-7/31/2017 | 30 375 | Suniva Inc. | Wire | 9/8/2017 | 30 375 | - | 209 328 | 6 820 |
| Kilpatrick Townsend & Stockton LLP | 4/17-6/30/2017 | 114 361 | Suniva Inc. | Wire | 9/12/2017 | 114 361 | - | 631 543 | 10 976 |
| Mayer Brown LLP | 4/17-6/30/2017 | 62 127 | Suniva Inc. | Wire | 9/12/2017 | 62 127 | - | 310 633 | 22 843 |
| Potter Anderson & Corroon LLP | 4/17-6/30/2017 | 20 688 | Suniva Inc. | Wire | 9/12/2017 | 20 688 | - | 103 442 | 3 498 |
| Seward & Kissel LLP | 4/27-6/30/2017 | 44 048 | Suniva Inc. | Wire | 9/12/2017 | 44 048 | - | 220 238 | 1 506 |
| Kilpatrick Townsend & Stockton LLP | 4/28-6/30/2017 | 8 825 | Suniva Inc. | Wire | 9/12/2017 | 8 825 | - | 44 123 | 1 014 |
| Emerald Capital Advisors | 5/1-6/30/2017 | 10 000 | Suniva Inc. | Wire | 9/12/2017 | 10 000 | - | 50 000 | 435 |
| Seward & Kissel LLP | 7/1-7/31/2017 | 24 474 | Suniva Inc. | Wire | 9/25/2017 | 23 944 | 531 | 244 182 | 2 037 |
| Morris Nichols Arsht & Tunnell LLP | 7/1-7/31/2017 | 3 354 | Suniva Inc. | Wire | 9/25/2017 | 3 230 | 124 | 47 353 | 1 139 |
| Mayer Brown LLP | 7/1-7/31/2017 | 94 000 | Suniva Inc. | Wire | 9/25/2017 | 67 976 | 26 024 | 378 609 | 48 867 |
| Potter Anderson & Corroon LLP | 7/1-7/31/2017 | 11 148 | Suniva Inc. | Wire | 9/25/2017 | 11 011 | 137 | 114 452 | 3 636 |
| Kilpatrick Townsend & Stockton LLP | 8/1-8/31/2017 | 39 895 | Suniva Inc. | Wire | 10/16/2017 | 39 895 | - | 249 223 | 6 820 |
| Kilpatrick Townsend & Stockton LLP | 8/1-8/31/2017 | 78 640 | Suniva Inc. | Wire | 10/16/2017 | 78 324 | 316 | 709 867 | 11 292 |
| Emerald Capital Advisors | 7/1-7/31/2017 | 20 043 | Suniva Inc. | Wire | 10/16/2017 | 20 000 | 43 | 70 000 | 478 |
| Morris Nichols Arsht & Tunnell LLP | 8/1-8/31/2017 | 6 932 | Suniva Inc. | Wire | 11/1/2017 | 6 452 | 480 | 53 805 | 1 619 |
| Seward & Kissel LLP | 8/1-8/31/2017 | 47 425 | Suniva Inc. | Wire | 11/1/2017 | 47 322 | 103 | 291 504 | 2 139 |
| Garden City Group LLC | 7/1-9/30/2017 | 40 954 | Suniva Inc. | Wire | 11/1/2017 | 39 130 | 1 824 | 111 360 | 25 622 |
| Kilpatrick Townsend & Stockton LLP | 9/1-9/30/2017 | 37 552 | Suniva Inc. | Wire | 11/10/2017 | 37 500 | 52 | 747 366 | 11 345 |
| Potter Anderson & Corroon LLP | 8/1-8/31/2017 | 16 001 | Suniva Inc. | Wire | 11/10/2017 | 15 729 | 273 | 130 182 | 3 908 |
| Mayer Brown LLP | 8/1-8/30/2017 | 570 478 | Suniva Inc. | Wire | 11/30/2017 | 556 393 | 14 085 | 935 002 | 62 952 |
| Aurora Management Partners Inc. | 9/1-9/30/2017 | 31 675 | Suniva Inc. | Wire | 12/5/2017 | 31 675 | - | 280 898 | 6 820 |
| Kilpatrick Townsend & Stockton LLP | 10/1-10/31/2017 | 98 630 | Suniva Inc. | Wire | 12/15/2017 | 97 740 | 889 | 845 107 | 12 234 |
| Garden City Group LLC | 10/1-10/31/2017 | 18 719 | Suniva Inc. | Wire | 12/15/2017 | 13 625 | 5 095 | 116 455 | 142 077 |
| Seward & Kissel LLP | 9/1-10/31/2017 | 153 204 | Suniva Inc. | Wire | 12/15/2017 | 152 424 | 780 | 443 927 | 2 920 |
| Morris Nichols Arsht & Tunnell LLP | 9/1-10/31/2017 | 8 982 | Suniva Inc. | Wire | 12/15/2017 | 8 812 | 170 | 62 617 | 1 789 |
| Emerald Capital Advisors | 8/1-8/30/2017 | 41 939 | Suniva Inc. | Wire | 12/15/2017 | 41 740 | 199 | 111 740 | 677 |
| Kilpatrick Townsend & Stockton LLP | 7/1-9/30/2017 | 43 891 | Suniva Inc. | Wire | 12/18/2017 | 43 891 | - | 888 997 | 12 234 |
| Seward & Kissel LLP | 7/1-9/30/2017 | 33 850 | Suniva Inc. | Wire | 12/18/2017 | 33 850 | - | 477 777 | 2 920 |
| Emerald Capital Advisors | 7/1-9/30/2017 | 15 435 | Suniva Inc. | Wire | 12/18/2017 | 15 435 | - | 127 175 | 677 |
| Morris Nichols Arsht & Tunnell LLP | 7/1-9/30/2017 | 4 068 | Suniva Inc. | Wire | 12/18/2017 | 4 068 | - | 66 685 | 1 789 |
| Aurora Management Partners Inc. | 10/1-10/31/2017 | 55 701 | Suniva Inc. | Wire | 12/21/2017 | 54 438 | 1 263 | 335 335 | 8 083 |
| Potter Anderson & Corroon LLP | 7/1-10/31/2017 | 22 269 | Suniva Inc. | Wire | 1/3/2018 | 21 705 | 564 | 151 887 | 4 472 |
| Seward & Kissel LLP | 11/1-11/30/2017 | 55 297 | Suniva Inc. | Wire | 1/9/2018 | 54 986 | 311 | 532 763 | 3 231 |
| Aurora Management Partners Inc. | 11/1-11/30/2017 | 31 995 | Suniva Inc. | Wire | 1/24/2018 | 31 995 | - | 367 330 | 8 083 |
| Kilpatrick Townsend & Stockton LLP | 11/1-11/30/2017 | 51 863 | Suniva Inc. | Wire | 1/29/2018 | 51 848 | 15 | 940 845 | 12 249 |
| Garden City Group LLC | 11/1-11/30/2017 | 7 204 | Suniva Inc. | Wire | 1/30/2018 | 6 969 | 235 | 123 424 | 142 312 |
| Aurora Management Partners Inc. | 12/1-12/31/2017 | 40 325 | Suniva Inc. | Wire | 2/9/2018 | 40 325 | - | 375 660 | 8 083 |
| Mayer Brown LLP | 7/1-11/30/2017 | 743 458 | Suniva Inc. | Wire | 2/16/2018 | 545 168 | 198 290 | 1 480 170 | 261 242 |
| Potter Anderson & Corroon LLP | 11/1-11/30/2017 | 5 306 | Suniva Inc. | Wire | 2/23/2018 | 5 221 | 85 | 157 107 | 4 558 |
| Kilpatrick Townsend & Stockton LLP | 12/1-12/31/2017 | 118 929 | Suniva Inc. | Wire | 2/23/2018 | 117 812 | 1 117 | 1 058 657 | 13 366 |
| Seward & Kissel LLP | 12/1-12/31/2017 | 46 691 | Suniva Inc. | Wire | 2/27/2018 | 46 028 | 663 | 578 792 | 3 893 |
| Aurora Management Partners Inc. | 1/1-1/31/2018 | 52 693 | Suniva Inc. | Wire | 3/13/2018 | 48 940 | 3 753 | 424 600 | 11 837 |
| Emerald Capital Advisors | 10/1-12/31/2017 | 62 000 | Suniva Inc. | Wire | 3/13/2018 | 60 000 | 2 000 | 187 175 | 2 677 |
| Potter Anderson & Corroon LLP | 12/1-12/31/2017 | 9 493 | Suniva Inc. | Wire | 3/13/2018 | 9 193 | 300 | 166 300 | 4 858 |
| Emerald Capital Advisors | 10/1-12/31/2017 | 15 000 | Suniva Inc. | Wire | 3/15/2018 | 15 000 | - | 202 175 | 2 677 |
| Potter Anderson & Corroon LLP | 10/1-12/31/2017 | 5 565 | Suniva Inc. | Wire | 3/15/2018 | 5 565 | - | 171 865 | 4 858 |
| Seward & Kissel LLP | 10/1-12/31/2017 | 47 363 | Suniva Inc. | Wire | 3/15/2018 | 47 363 | - | 626 154 | 3 893 |
| Morris Nichols Arsht & Tunnell LLP | 10/1-12/31/2017 | 10 336 | Suniva Inc. | Wire | 3/15/2018 | 9 730 | 606 | 76 415 | 2 396 |
| Kilpatrick Townsend & Stockton LLP | 10/1-12/31/2017 | 66 850 | Suniva Inc. | Wire | 3/15/2018 | 66 850 | - | 1 125 508 | 13 366 |
| Mayer Brown LLP | 10/1-12/31/2017 | 232 419 | Suniva Inc. | Wire | 3/15/2018 | 226 897 | 5 521 | 1 707 067 | 266 764 |
| Seward & Kissel LLP | 1/1-1/31/2018 | 65 976 | Suniva Inc. | Wire | 3/15/2018 | 65 619 | 357 | 691 773 | 4 251 |
| Kilpatrick Townsend & Stockton LLP | 1/1-1/31/2018 | 195 953 | Suniva Inc. | Wire | 3/23/2018 | 192 686 | 3268 | 1 318 193 | 16 634 |
| Garden City Group LLC | 12/1-1/31/2018 | 31 660 | Suniva Inc. | Wire | 3/23/2018 | 19 071 | 12 589 | 394 731 | 20 672 |
| Garden City Group LLC | 2/1-2/28/2018 | 15 476 | Suniva Inc. | Wire | 3/30/2018 | 13 868 | 1 608 | 408 599 | 22 280 |
| Aurora Management Partners Inc. | 2/1-2/28/2018 | 42 370 | Suniva Inc. | Wire | 4/13/2018 | 42 370 | - | 466 970 | 11 837 |
| Mayer Brown LLP | 1/1-1/31/2018 | 155 150 | Suniva Inc. | Wire | 4/18/2018 | 149 278 | 5 871 | 1 856 345 | 272 635 |
| Kilpatrick Townsend & Stockton LLP | 2/1-2/28/2018 | 66 211 | Suniva Inc. | Wire | 4/18/2018 | 66 184 | 27 | 1 384 377 | 16 661 |
| Morris Nichols Arsht & Tunnell LLP | 1/1-2/28/2018 | 13 275 | Suniva Inc. | Wire | 4/18/2018 | 12 607 | 668 | 89 022 | 3 064 |
| Kilpatrick Townsend & Stockton LLP | 2/1-2/28/2018 | 28 056 | Suniva Inc. | Wire | 4/18/2018 | 27 596 | 460 | 199 461 | 5 317 |
| Seward & Kissel LLP | 2/1-2/28/2018 | 32 185 | Suniva Inc. | Wire | 4/18/2018 | 32 080 | 106 | 723 853 | 4 357 |
| Emerald Capital Advisors | 1/28-2/28/2018 | 41 582 | Suniva Inc. | Wire | 4/18/2018 | 40 000 | 1 582 | 242 175 | 4 258 |
| Aurora Management Partners Inc. | 3/1-3/31/2018 | 28 165 | Suniva Inc. | Wire | 5/4/2018 | 28 165 | - | 495 135 | 11 837 |
| Seward & Kissel LLP | 3/1-3/31/2018 | 44 547 | Suniva Inc. | Wire | 5/18/2018 | 44 057 | 490 | 767 909 | 4 847 |
| Kilpatrick Townsend & Stockton LLP | 3/1-3/31/2018 | 77 821 | Suniva Inc. | Wire | 5/18/2018 | 76 197 | 1 624 | 1 460 574 | 18 285 |
| Potter Anderson & Corroon LLP | 2/1-2/28/2018 | 18 480 | Suniva Inc. | Wire | 5/18/2018 | 18 246 | 234 | 217 707 | 5 551 |
| Mayer Brown LLP | 2/1-2/28/2018 | 28 702 | Suniva Inc. | Wire | 5/18/2018 | 28 158 | 544 | 1 884 503 | 273 179 |
| Garden City Group LLC | 3/1-3/31/2018 | 13 056 | Suniva Inc. | Wire | 6/5/2018 | 11 994 | 1 062 | 420 593 | 23 343 |
| Mayer Brown LLP | 3/1-3/31/2018 | 2 752 | Suniva Inc. | Wire | 6/7/2018 | 2 290 | 463 | 1 886 793 | 273 641 |
| Potter Anderson & Corroon LLP | 3/1-3/31/2018 | 11 804 | Suniva Inc. | Wire | 6/7/2018 | 11 425 | 379 | 229 132 | 5 930 |
| Emerald Capital Advisors | 3/1-3/31/2018 | 20 062 | Suniva Inc. | Wire | 6/7/2018 | 20 000 | 62 | 262 175 | 4 320 |
| Kilpatrick Townsend & Stockton LLP | 4/1-4/30/2018 | 81 473 | Suniva Inc. | Wire | 6/15/2018 | 81 116 | 357 | 1 541 690 | 18 643 |
| Seward & Kissel LLP | 4/1-4/30/2018 | 35 403 | Suniva Inc. | Wire | 6/15/2018 | 35 403 | - | 803 313 | 4 847 |
| Kilpatrick Townsend & Stockton LLP | 1/1-3/31/2018 | 83 766 | Suniva Inc. | Wire | 6/15/2018 | 83 766 | - | 1 625 456 | 18 643 |
| Emerald Capital Advisors | 1/1-3/31/2018 | 15 000 | Suniva Inc. | Wire | 6/15/2018 | 15 000 | - | 277 175 | 4 320 |
| Potter Anderson & Corroon LLP | 1/1-3/31/2018 | 14 317 | Suniva Inc. | Wire | 6/15/2018 | 14 317 | - | 243 449 | 5 930 |
| Morris Nichols Arsht & Tunnell LLP | 1/1-3/31/2018 | 3 914 | Suniva Inc. | Wire | 6/15/2018 | 3 914 | - | 92 936 | 3 064 |
| Mayer Brown LLP | 1/1-3/31/2018 | 44 932 | Suniva Inc. | Wire | 6/15/2018 | 44 932 | - | 1 931 725 | 273 641 |
| Morris Nichols Arsht & Tunnell LLP | 3/1-3/31/2018 | 3 281 | Suniva Inc. | Wire | 6/18/2018 | 3 050 | 231 | 95 986 | 3 295 |
| Aurora Management Partners Inc. | 4/1-4/30/2018 | 27 580 | Suniva Inc. | Wire | 7/5/2018 | 27 580 | - | 522 715 | 11 837 |
| Aurora Management Partners Inc. | 5/1-5/31/2018 | 23 572 | Suniva Inc. | Wire | 7/19/2018 | 22 515 | 1 057 | 545 230 | 12 894 |
| Emerald Capital Advisors | 4/1-4/30/2018 | 40 096 | Suniva Inc. | Wire | 7/27/2018 | 40 000 | 96 | 317 175 | 4 416 |
| Kilpatrick Townsend & Stockton LLP | 5/1-5/31/2018 | 104 224 | Suniva Inc. | Wire | 7/31/2018 | 104 134 | 90 | 1 729 590 | 18 733 |
| Potter Anderson & Corroon LLP | 4/1-4/30/2018 | 9 219 | Suniva Inc. | Wire | 7/31/2018 | 9 012 | 207 | 252 461 | 6 136 |
| Seward & Kissel LLP | 4/1-5/31/2018 | 82 783 | Suniva Inc. | Wire | 7/31/2018 | 81 944 | 839 | 885 257 | 5 686 |
| Garden City Group LLC | 4/1-4/30/2018 | 7 239 | Suniva Inc. | Wire | 8/6/2018 | 5 847 | 1 391 | 426 440 | 24 734 |
| Aurora Management Partners Inc. | 6/1-6/30/2018 | 30 805 | Suniva Inc. | Wire | 8/23/2018 | 30 805 | - | 576 035 | 12 894 |
| Kilpatrick Townsend & Stockton LLP | 6/1-6/30/2018 | 60 085 | Suniva Inc. | Wire | 8/30/2018 | 55 987 | 4 098 | 1 785 577 | 22 831 |
| Potter Anderson & Corroon LLP | 5/1-5/31/2018 | 26 993 | Suniva Inc. | Wire | 8/30/2018 | 23 794 | 1 510 | 276 246 | 7 646 |
| Emerald Capital Advisors | 6/1-6/30/2018 | 20 037 | Suniva Inc. | Wire | 8/30/2018 | 20 000 | 37 | 337 175 | 4 453 |
| Seward & Kissel LLP | 6/1-6/30/2018 | 12 171 | Suniva Inc. | Wire | 8/30/2018 | 11 656 | 516 | 896 912 | 6 202 |
| Morris Nichols Arsht & Tunnell LLP | 6/1-6/30/2018 | 7 918 | Suniva Inc. | Wire | 8/30/2018 | 7 130 | 787 | 103 117 | 4 082 |
| Kilpatrick Townsend & Stockton LLP | 4/1-6/30/2018 | 60 309 | Suniva Inc. | Wire | 9/25/2018 | 60 309 | - | 1 845 887 | 22 831 |
| Potter Anderson & Corroon LLP | 4/1-6/30/2018 | 8 199 | Suniva Inc. | Wire | 9/25/2018 | 8 199 | - | 284 445 | 7 646 |
| Emerald Capital Advisors | 4/1-6/30/2018 | 15 000 | Suniva Inc. | Wire | 9/25/2018 | 15 000 | - | 352 175 | 4 453 |
| Seward & Kissel LLP | 6/1-6/30/2018 | 23 400 | Suniva Inc. | Wire | 9/25/2018 | 23 400 | - | 920 312 | 6 202 |
| Morris Nichols Arsht & Tunnell LLP | 4/1-6/30/2018 | 1 783 | Suniva Inc. | Wire | 9/25/2018 | 1 783 | - | 104 899 | 4 082 |
| Mayer Brown LLP | 4/1-6/30/2018 | 52 012 | Suniva Inc. | Wire | 9/25/2018 | 51 831 | 181 | 1 983 555 | 273 822 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*



Rabobank, N.A.
Member FDIC

NMLS #649477

Period Covered:
October 01, 2018 - October 31, 2018
Page 1 of 10

David  Baker
112 South Tryon Street
Suite 1770
Charlotte NC 28284

| | |
|---|---|
| Case Number | 17-10837 (KG) |
| Case Name | SUNIVA. INC. |
| Trustee Number | 0000530520 |
| Trustee Name | David  Baker |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 3870 | $170,999.36 | $180,644.42 |
| TRUSTEE CHECKING | 3871 | $590,135.50 | $590,135.50 |
| TRUSTEE CHECKING | 3872 | $44,000.00 | $44,000.00 |
| TRUSTEE CHECKING | 3873 | $76,448.76 | $76,448.76 |
| TRUSTEE CHECKING | 3874 | $0.00 | $0.00 |
| TRUSTEE CHECKING | 3875 | $124,083.19 | $116,215.52 |
| TRUSTEE CHECKING | 8466 | $662,827.02 | $679,127.02 |
| **Total** | | **$1,668,493.83** | **$1,686,571.22** |

## Notable Information For You...

*Did you know that electronic copies of bank statements and check images may be found within your BMS software? Rabobank issues electronic copies of each month's bank statement and check images automatically to BMS clients.* **CaseLink Office** *and* **TrustWorks** *users can find copies within QuikDocs.* **CaseLink Web** *users can find copies within the documents module. Look for the copies in the banking folder within each specific case.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Period Covered:
October 01, 2018 - October 31, 2018
Page 2 of 10

David  Baker
112 South Tryon Street
Suite 1770
Charlotte NC 28284

| | |
|---|---|
| Case Number | 17-10837 (KG) |
| Case Name | SUNIVA. INC. |
| Trustee Number | 0000530520 |
| Trustee Name | David  Baker |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

**Account Number:** ███ 3870

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$170,999.36** |
| Avg Collected Balance | $174,948.00 | + Total Additions | $16,378.73 |
| | | - Total Subtractions | $6,733.67 |
| | | **Ending Balance** | **$180,644.42** |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 10-01 | PREAUTHORIZED WD BLUE CROSS R14W ASOBILLING 181001 BB00154369 | 6,733.67 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 10-01 | DEPOSIT 100013 | 4,353.03 |
| 10-03 | INTERNET/PHONE TRSFR TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******3875 | 6,733.67 |
| 10-30 | DEPOSIT 100014 | 5,292.03 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 170,999.36 | 10-03 | 175,352.39 | 10-30 | 180,644.42 |
| 10-01 | 168,618.72 | | | | |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

**Rabobank**

Period Covered:
October 01, 2018 - October 31, 2018
Page 3 of 10

David  Baker
112 South Tryon Street
Suite 1770
Charlotte NC 28284

| Case Number | 17-10837 (KG) |
|---|---|
| Case Name | SUNIVA. INC. |
| Trustee Number | 0000530520 |
| Trustee Name | David  Baker |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

**Account Number:** ███ 3871

| Enclosures | 0 | **Beginning Balance** | **$590,135.50** |
|---|---|---|---|
| Avg Collected Balance | $590,135.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$590,135.50** |

***No activity this statement period***

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Period Covered:
October 01, 2018 - October 31, 2018
Page 4 of 10

David  Baker
112 South Tryon Street
Suite 1770
Charlotte NC 28284

| Case Number | 17-10837 (KG) |
| Case Name | SUNIVA. INC. |
| Trustee Number | 0000530520 |
| Trustee Name | David  Baker |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

**Account Number:** ████ 3872

| Enclosures | 0 | **Beginning Balance** | **$44,000.00** |
| Avg Collected Balance | $44,000.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$44,000.00** |

***No activity this statement period***

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Period Covered:
October 01, 2018 - October 31, 2018
Page 5 of 10

David  Baker
112 South Tryon Street
Suite 1770
Charlotte NC 28284

| | |
|---|---|
| Case Number | 17-10837 (KG) |
| Case Name | SUNIVA. INC. |
| Trustee Number | 0000530520 |
| Trustee Name | David  Baker |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

Account Number: ███ 3873

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$76,448.76** |
| Avg Collected Balance | $76,448.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$76,448.76** |

***No activity this statement period***



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Period Covered:
October 01, 2018 - October 31, 2018
Page 6 of 10

David  Baker
112 South Tryon Street
Suite 1770
Charlotte NC 28284

| | |
|---|---|
| Case Number | 17-10837 (KG) |
| Case Name | SUNIVA. INC. |
| Trustee Number | 0000530520 |
| Trustee Name | David  Baker |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING                                  Account Number: ▇▇▇3874

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$0.00** |
| Avg Collected Balance | $0.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$0.00** |

***No activity this statement period***

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

**Rabobank**

Period Covered:
October 01, 2018 - October 31, 2018
Page 7 of 10

David Baker
112 South Tryon Street
Suite 1770
Charlotte NC 28284

| | |
|---|---|
| Case Number | 17-10837 (KG) |
| Case Name | SUNIVA. INC. |
| Trustee Number | 0000530520 |
| Trustee Name | David Baker |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

Account Number: ▇ 3875

| | | | |
|---|---|---|---|
| Enclosures | 1 | **Beginning Balance** | **$124,083.19** |
| Avg Collected Balance | $79,175.00 | + Total Additions | $138,108.00 |
| | | - Total Subtractions | $145,975.67 |
| | | **Ending Balance** | **$116,215.52** |

## Checks

\* Indicates a Skip in Check Number(s)
"E" Indicates an Electronic Check

| Check # | Date | Amount |
|---|---|---|
| 107 | 10-30 | 10,866.00 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 09-28 | PREAUTHORIZED WD ATT Payment 180928 | 507.24 |
| 09-28 | PREAUTHORIZED WD Voya Nat Trst182 SPNSR P/R 180928 559964 0001 | 565.40 |
| 10-01 | PREAUTHORIZED WD SCANA ENERGY DRAFT 181001 | 1,041.87 |
| 10-01 | PREAUTHORIZED WD SCANA ENERGY DRAFT 181001 | 2,647.91 |
| 10-01 | PREAUTHORIZED WD GPC GPC EBILL 180928 | 28,930.33 |
| 10-01 | PREAUTHORIZED WD GW Service-Fee Suniva I  Norcross GA utilit y_bill -- ID 30857 03 - Account # 29- | 2.50 |
| 10-01 | PREAUTHORIZED WD GWINNETT CTY GOV DWR ONLINE 181001 | 215.00 |
| 10-01 | PREAUTHORIZED WD GWINNETT CTY GOV DWR ONLINE 181001 | 288.74 |
| 10-01 | PREAUTHORIZED WD GW Norcross-Util Suniva I  Norcross GA utilit y_bill -- ID 30857 03 - Account # 29- | 921.14 |
| 10-03 | TRANSFER DEBIT TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******3870 | 6,733.67 |
| 10-04 | PREAUTHORIZED WD 38756 SUNIVA INC TRANSFER 181004 | 750.00 |
| 10-04 | PREAUTHORIZED WD 38756 SUNIVA INC TRANSFER 181004 | 5,306.94 |
| 10-04 | PREAUTHORIZED WD 38756 SUNIVA INC TRANSFER 181004 | 14,655.86 |
| 10-10 | PREAUTHORIZED WD Voya Nat Trst182 SPNSR P/R 181010 559964 0001 | 565.40 |
| 10-18 | PREAUTHORIZED WD 38756 SUNIVA INC TRANSFER 181018 | 750.00 |
| 10-18 | PREAUTHORIZED WD 38756 SUNIVA INC TRANSFER 181018 | 5,306.97 |
| 10-18 | PREAUTHORIZED WD 38756 SUNIVA INC TRANSFER 181018 | 14,485.18 |
| 10-24 | PREAUTHORIZED WD Voya Nat Trst182 SPNSR P/R 181024 559964 0001 | 565.40 |
| 10-26 | TRANSFER DEBIT TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******8466 | 16,300.00 |
| 10-29 | PREAUTHORIZED WD ATT Payment 181027 | 527.38 |
| 10-29 | PREAUTHORIZED WD GWINNETT CTY GOV DWR ONLINE 181029 | 215.00 |



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Account Number ███ 3875
Period Covered:
October 01, 2018 - October 31, 2018
Page 8 of 10

## Debits (Continued)

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 10-29 | PREAUTHORIZED WD GWINNETT CTY GOV DWR ONLINE 181029 | 980.18 |
| 10-30 | WIRE TRANSFER-OUT BLUE CROSS AND BLU 20181030L2B77Y1C00 0089 | 708.20 |
| 10-30 | WIRE TRANSFER-OUT BIRCH COMMUNICATIO 20181030L2B77Y1C00 0105 | 2,027.62 |
| 10-30 | PREAUTHORIZED WD SCANA ENERGY DRAFT 181030 | 286.80 |
| 10-30 | PREAUTHORIZED WD SCANA ENERGY DRAFT 181030 | 492.68 |
| 10-30 | PREAUTHORIZED WD GPC GPC EBILL 181029 | 28,311.50 |
| 10-30 | PREAUTHORIZED WD GW Service-Fee Suniva I  Norcross GA utilit y_bill -- ID 32426 86 - Account # 29- | 2.50 |
| 10-30 | PREAUTHORIZED WD GW Norcross-Util Suniva I  Norcross GA utilit y_bill -- ID 32426 86 - Account # 29- | 1,018.26 |

## Credits

| Date | Description | Additions |
|------|-------------|----------:|
| 10-25 | WIRE TRANSFER-IN LION POINT MASTER 20181025A1Q002CC00 4204 | 138,108.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 09-30 | 123,010.55 | 10-10 | 60,951.19 | 10-26 | 161,651.64 |
| 10-01 | 88,963.06 | 10-18 | 40,409.04 | 10-29 | 159,929.08 |
| 10-03 | 82,229.39 | 10-24 | 39,843.64 | 10-30 | 116,215.52 |
| 10-04 | 61,516.59 | 10-25 | 177,951.64 | | |



**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Account Number ███████ 8875
Period Covered:
October 01, 2018 - October 31, 2018
Page 9 of 10



| 10/30/18 | #107 | $10,866.00 | 10/30/18 | #107 | $10,866.00 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Period Covered:
October 01, 2018 - October 31, 2018
Page 10 of 10

David  Baker
112 South Tryon Street
Suite 1770
Charlotte NC 28284

| | |
|---|---|
| Case Number | 17-10837 (KG) |
| Case Name | SUNIVA. INC. |
| Trustee Number | 0000530520 |
| Trustee Name | David  Baker |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

**Account Number:** ▮▮▮▮ 8466

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$662,827.02** |
| Avg Collected Balance | $665,981.00 | + Total Additions | $16,300.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$679,127.02** |

### Credits

| Date | Description | Additions |
|---|---|---|
| 10-26 | INTERNET/PHONE TRSFR TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******3875 | 16,300.00 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 09-30 | 662,827.02 | 10-26 | 679,127.02 |

SUNIVA, INC.
(CASE 17-10837-KG

**MOR 2**

| REVENUES | Month | Cumulative Filing to Date |
|---|---:|---:|
| Gross Revenues | - | 149,285 |
| Less: Returns and Allowances | - | - |
| Net Revenue | - | 149,285 |
| Cost of Goods Sold | - | 183,621 |
| Gross Profit | - | (34,336) |
| | | |
| OPERATING EXPENSES | | |
| Advertising | - | - |
| Auto and Truck Expense | - | - |
| Bad Debts | - | - |
| Contributions | - | - |
| Employee Benefits Programs | 1,696 | 54,060 |
| Insider Compensation* | 16,540 | 425,990 |
| Insurance | 7,442 | 527,641 |
| Management Fees/Bonuses | - | - |
| Office Expense | 25,190 | 229,149 |
| Pension & Profit-Sharing Plans | - | - |
| Repairs and Maintenance | - | - |
| Rent and Lease Expense [2] | 6,554 | 1,992,861 |
| Salaries/Commissions/Fees | 24,715 | 958,798 |
| Supplies | - | - |
| Taxes - Payroll | - | - |
| Taxes - Real Estate | - | 37,677 |
| Taxes - Other | - | - |
| Travel and Entertainment | - | - |
| Utilities [2] | 32,591 | 1,003,656 |
| Other (attach schedule) [2] | 24,521 | 10,132,663 |
| Loss on Auction | - | 26,969,601 |
| Loss on Abandonment of Inventory | - | 8,511,784 |
| Total Operating Expenses Before Depreciation | 139,249 | 50,843,881 |
| Depreciation/Depletion/Amortization | - | 3,479,254 |
| Net Profit (Loss) Before Other Income & Expenses | (139,249) | (54,357,470) |
| | | |
| OTHER INCOME AND EXPENSES | | |
| Other Income (attach schedule) | 9,645 | 671,223 |
| Interest Expense | - | - |
| Other Expense (attach schedule) | - | - |
| Net Profit (Loss) Before Reorganization Items | (129,604) | (53,686,247) |
| | | |
| REORGANIZATION ITEMS | | |
| Professional Fees [1] | 531,000 | 8,574,581 |
| U. S. Trustee Quarterly Fees | 10,866 | 96,355 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | - | 313 |
| Gain (Loss) from Sale of Equipment | - | - |
| Other Reorganization Expenses | - | - |
| Total Reorganization Expenses | 541,866 | 8,670,623 |
| | | |
| Income Taxes | - | - |
| | | |
| Net Profit (Loss) | (671,470) | (62,356,869) |

[1] Amounts budgeted under the DIP financing budget, please see schedule MOR 2B.  Accrued amounts are reflected in the monthly fee applications and the invoices of the respective professionals.

[2] Please note that some items in these accounts have been accrued but not paid

SUNIVA, INC.
(CASE 17-10837-KG

**MOR 2 Cont.**

|  | Month | Cumulative Filing to Date |
|---|---|---|
| Norcross Shutdown Costs (Chemical/Shipment) [2] | - | 20,010 |
| Equipment [2] | 24,521 | 688,000 |
| Press Release | - | 910 |
| Wells Fargo Service Charge | - | 8,955 |
| Saginaw, Michigan Lawn Care/Snow Plowing | - | 5,776 |
| Saginaw, Michigan Labor Poster | - | 21 |
| Commercial Card Error [1] | - | 138 |
| Bank & Technology Services Fee [3] | - | 863 |
| Oracle Migration | - | 35,000 |
| Fire Alarm Protection & Renewal | - | 2,757 |
| IT Costs | - | 2,119 |
| Patent Renewal Fee | - | 850 |
| Gwinnett County Water Test | - | 350 |
| Saginaw Business License | - | 20 |
| Write off of Unrealizable Asset Accounts | - | 9,353,428 |
| Registered Agent Fees | - | 11,303 |
| Transportation Costs | - | 2,164 |
| Total Other | 24,521 | 10,132,663 |
|  |  |  |
| Other income | - | 9,907 |
| Commercial Card Error [1] | - | 138 |
| COBRA Related Rebate | - | 94,962 |
| Bank & Technology Services Fee [3] | - | 863 |
| Misc. Receipts | - | 3,775 |
| Insurance Rebate | 9,645 | 47,552 |
| Change in accrued expenses (non-cash) | - | 377,065 |
| Change in deposit estimate (non-cash) | - | 136,960 |
| Total Other Income | 9,645 | 671,223 |

[1] On May 8th, 2017 Wells Fargo charged the bank account for a Commercial Payment of $137.88. This was done in error and on May 16th, 2017 this amount was refunded back into the account.

[2] Please note that some items in these accounts have been accrued but not paid

[3] On June 30th, 2017 Rabobank charged the bank account for a Bank & Technology Services Fee of $863.01. This was done in error and on July 6th, 2017 this amount was refunded back into the account.

SUNIVA, INC.
(CASE 17-10837-KG

**MOR 2B**

|  | Month | Cumulative Filing to Date |
|---|---|---|
| Mayer Brown | 5,000 | 2,309,003 |
| Kilpatrick | 346,000 | 2,972,000 |
| Potter | 20,000 | 451,700 |
| Claims | 10,000 | 331,105 |
| Aurora | 40,000 | 911,930 |
| UCC | 110,000 | 1,586,843 |
| 401k Auditor | - | 12,000 |
| Total Other Expenses | 531,000 | 8,574,581 |

| ASSETS | BOOK VALUE AT END CURRENT REPORTING MONTH OF | BOOK VALUE ON PETITION DATE [1] |
|---|---:|---:|
| Unrestricted Cash and Equivalents | 10,684 | 10,684 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 1,675,888 | - |
| Accounts Receivable (Net) | 3,639,438 | 5,445,435 |
| Notes Receivable | - | - |
| Inventories | - | 8,695,405 |
| Prepaid Expenses | - | 3,706,764 |
| Other Current Assets (attach schedule) | - | 1,404,496 |
| TOTAL CURRENT ASSETS | 5,326,011 | 19,262,784 |
| | | |
| NET PROPERTY & EQUIPMENT | - | 39,813,411 |
| | | |
| OTHER ASSETS | | |
| Loans to Insiders* | - | - |
| Other Assets (attach schedule) | - | 22,943,287 |
| TOTAL OTHER ASSETS | - | 22,943,287 |
| | | |
| TOTAL ASSETS | 5,326,011 | 82,019,482 |
| | | |
| LIABILITIES AND OWNER EQUITY | | |
| Accounts Payable | 700,791 | |
| Taxes Payable (refer to FORM MOR-4) | - | |
| Wages Payable | - | |
| Notes Payable | - | |
| Rent / Leases - Building/Equipment | - | |
| Secured Debt / Adequate Protection Payments | - | |
| Professional Fees | 1,913,009 | |
| Amounts Due to Insiders* | - | |
| Other Postpetition Liabilities (attach schedule) | 44,000 | |
| Postpetition draws | 12,452,082 | |
| TOTAL POSTPETITION LIABILITIES | 15,109,882 | |
| | | |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | |
| Secured Debt | 38,642,172 | 67,583,578 |
| Priority Debt | 978,080 | 978,080 |
| Unsecured Debt | 39,751,190 | 40,256,278 |
| TOTAL PRE-PETITION LIABILITIES | 79,371,442 | 108,817,937 |
| | | |
| TOTAL LIABILITIES | 94,481,324 | 108,817,937 |
| | | |
| OWNER EQUITY | | |
| Capital Stock | 20,217,705 | 20,217,705 |
| Additional Paid-In Capital | (7,686,486) | (7,686,486) |
| Partners' Capital Account | - | - |
| Owner's Equity Account | - | - |
| Retained Earnings - Pre-Petition | (39,329,673) | (39,329,673) |
| Retained Earnings - Postpetition | (62,356,869) | - |
| Adjustments to Owner Equity | - | - |
| Postpetition Contributions (Distributions) (Draws) | - | - |
| NET OWNER EQUITY | (89,155,323) | (26,798,454) |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 5,326,011 | 82,019,482 |
| | | |
| Check | - | - |

 (1) Please note that select line items were as of 3/31/2017 and not the petition date.

SUNIVA, INC.
(CASE 17-10837-KG

| | BOOK VALUE AT END CURRENT REPORTING MONTH OF | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Intercompany accounts out of balance | - | (30,135) |
| Deferred Financing | - | 1,434,631 |
| Total Other Current Assets | - | 1,404,496 |
| | | |
| Capital Spares | - | - |
| Refundable Deposits | - | (1,384,344) |
| Deposits for Non Cur Assets | - | - |
| Advances to Suppliers Non-Current | - | - |
| Deferred Financing Costs - LT | - | 4,242,168 |
| Total Other Non-current Assets | - | 2,857,824 |
| | | |
| Georgia Power Deposit | (38,500) | - |
| SCANA Deposit | (5,500) | - |
| A/R Escrow Amount | - | |
| Total Other Postpetition Liabilities | (44,000) | - |

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or ETF | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | - | - | - | - | - | - |
| FICA-Employee | - | - | - | - | - | - |
| FICA-Employer | - | - | - | - | - | - |
| Unemployment | - | - | - | - | - | - |
| Income | - | - | - | - | - | - |
| Other | - | - | - | - | - | - |
| Total Federal Taxes | - | - | - | - | - | - |
| | | | | | | |
| **State and Local** | | | | | | |
| Withholding | - | - | - | - | - | - |
| Sales | - | - | - | - | - | - |
| Excise | - | - | - | - | - | - |
| Unemployment | - | - | - | - | - | - |
| Real Property | - | - | - | - | - | - |
| Personal Property | - | - | - | - | - | - |
| Other | - | - | - | - | - | - |
| Total State and Local | - | - | - | - | - | - |
| | | | | | | |
| Total Taxes | - | - | - | - | - | - |

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable [2] | 54,800 | 3,479 | 3,843 | 1,550 | 637,119 | 700,791 |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees [1] | 1,913,009 | - | - | - | - | 1,913,009 |
| Amounts Due to Insiders* | - | - | - | - | - | - |
| Other | - | - | - | - | - | - |
| Total | 1,967,809 | 3,479 | 3,843 | 1,550 | 637,119 | 2,613,801 |

[1] Please see schedule MOR 1B & 2B

[2] The Accounts Payable balance is comprised of the following amounts:

| | |
|---|---|
| 3M | 1,959 |
| Absolute! Building Maintenance | 2,282 |
| Access | 3,222 |
| Airgas USA | 207 |
| AT&T | 523 |
| Audio Central Alarm | 420 |
| Birch | 1,987 |
| Ceridian | 4,176 |
| City of Norcross | 921 |
| CPA Global | 20,904 |
| Domain Listings | 228 |
| DynaSis | 40,903 |
| eFax | 174 |
| EGP Document Solutions | 451 |
| Evoqua Water Technologies | 362,336 |
| Excel4Apps | 3,132 |
| Fulsource Logistics | 65,120 |
| Georgia Power | 21,453 |
| Great America Financial Services | 41,022 |
| Gwinnett County Dept of Water | 1,195 |
| Nexair | 1,551 |
| One Beacon | 2,274 |
| Oracle America | 89,354 |
| Pitney Bowes | 188 |
| SCANA Energy | 765 |
| Shred-It | 121 |
| T-Mobile | 374 |
| U.S. Customs and Border Protection | 92 |
| Wells Fargo Vendor Fin Serv | 1,797 |
| Williams Scotsman | 31,659 |
| Total | 700,791 |

-

SUNIVA, INC.
(CASE 17-10837-KG
**MOR 5**

| | Amount |
|---|---|
| Accounts Receivable Reconciliation | |
| | |
| Total Accounts Receivable at the beginning of the reporting period | 3,959,858 |
| Amounts billed during the period | - |
| Amounts collected during the period | - |
| Applied Deposit | - |
| Total Accounts Receivable at the end of the reporting period | 3,959,858 |

| | |
|---|---|
| Accounts Receivable Aging Amount | |
| | |
| 0 - 30 days old | - |
| 31 - 60 days old | - |
| 61 - 90 days old | - |
| 91+ days old | 3,959,858 |
| Total Accounts Receivable | 3,959,858 |
| Amount considered uncollectible (Bad Debt) | (320,419) |
| Accounts Receivable (Net) | 3,639,438 |

**DEBTOR QUESTIONNAIRE**

| | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | x | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |