**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SUNIVA, INC.,[1] | ) Case No. 17-10837 (KG) |
| | ) |
| Debtor. | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 28, 2019 AT 1:00 P.M. (EASTERN) BEFORE
THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE 824 MARKET STREET,
COURTROOM 3, 6TH FLOOR WILMINGTON, DELAWARE 19801[2]**

**I.     UNCONTESTED MATTERS GOING FORWARD**

1. Motion of the Debtor for Authority to File under Seal an Unredacted Version of the Debtor's Motion to Enforce Settlement Agreement [Filed 2/13/19; D.I. 1022]

Response Deadline:  February 25, 2019 at 4:00 p.m.

Related Documents:  None.

Response(s) Received:  None.

Status:  This matter is going forward.

2. Motion to File under Seal Portions of SQN Asset Servicing, LLC's Objection to the Debtor's Motion to Enforce Settlement Agreement [Filed 2/25/19; D.I. 1047]

Response Deadline:  February 28, 2019 at 1:00 p.m.

Related Documents:  None.

Response(s) Received:  None.

Status:  This matter is going forward.

---

[1]     The last four digits of the Debtor's federal tax identification number is 2418.  The Debtor's corporate headquarters is located at 5765 Peachtree Industrial Blvd., Norcross, Georgia 30092.

[2]     Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

IMPAC 6095416v.1

**II.    CONTESTED MATTER GOING FORWARD**

3.    [SEALED] Debtor's Motion to Enforce Settlement Agreement [Filed 2/13/19; D.I. 1019]

Response Deadline:  February 25, 2019 at 4:00 p.m.

Related Documents:

(a)    Order Denying Debtor's Motion for Entry of an Order Scheduling an Expedited Hearing and Shortening Notice with Respect to (I) Debtor's Motion to Enforce Settlement Agreement and (II) the Related Motion to Seal [Entered 2/14/19; D.I. 1024]

(b)    Notice of Hearing Regarding (I) Debtor's Motion to Enforce Settlement Agreement and (II) Motion of the Debtor for Authority to File under Seal an Unredacted Version of the Debtor's Motion to Enforce Settlement Agreement [Filed 2/14/19; D.I. 1025]

Response(s) Received:

(a)    [SEALED] SQN Asset Servicing, LLC's Objection to the Debtor's Motion to Enforce Settlement Agreement [Filed 2/25/19; D.I. 1046]

Status:  This matter going forward.

| | |
|---|---|
| Dated: February 26, 2019<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ R. Stephen McNeill*<br>Jeremy W. Ryan (DE Bar No. 4057)<br>R. Stephen McNeill (DE Bar No. 5210)<br>1313 North Market Street, Sixth Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br><br>-and-<br><br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>Todd C. Meyers, Esq.<br>Colin M. Bernardino, Esq.<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309<br>Telephone:  (404) 815-6500<br>Facsimile:  (404) 815-6555<br><br>*Counsel to the Debtor and Debtor in Possession* |