**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SUNIVA, INC.,[1] ) | Case No. 17-10837 (KG) |
| ) | |
| Debtor. ) | |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 7, 2019 AT 11:00 A.M. (EASTERN) BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE 824 MARKET STREET, COURTROOM 3, 6TH FLOOR WILMINGTON, DELAWARE 19801**[3]

**I.    CONTESTED MATTER GOING FORWARD**

1. Debtor's Motion for Entry of an Order (A) Approving the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballots and Notices in Connection Therewith, (D) Establishing the Plan Confirmation Schedule, and (E) Granting Related Relief [Filed 2/22/19; D.I. 1043]

    Response Deadline:  March 4, 2019 at 4:00 p.m.  Extended to March 5, 2019 at 2:00 p.m. for the Department of Energy.

    Related Documents:

    (a)    Chapter 11 Plan of Reorganization for Suniva, Inc. [Filed 2/19/19; D.I. 1035]

    (b)    Proposed Disclosure Statement for Chapter 11 Plan of Reorganization for Suniva, Inc. Proposed by the Debtor [Filed 2/19/19; D.I. 1036]

    (c)    Notice of Hearing to Consider Approval of Proposed Disclosure Statement for Chapter 11 Plan of Reorganization for Suniva, Inc. [Filed 2/22/19; D.I. 1042]

    **(d)    Debtor's Reply in Further Support of Debtor's Motion for Entry of an Order (A) Approving the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballots and Notices**

---

[1]    The last four digits of the Debtor's federal tax identification number is 2418.  The Debtor's corporate headquarters is located at 5765 Peachtree Industrial Blvd., Norcross, Georgia 30092.

[2]    **Amended items appear in bold.**

[3]    Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

IMPAC 6100714v.2

        **in Connection Therewith, (D) Establishing the Plan Confirmation Schedule, and (E) Granting Related Relief [Filed 3/5/19; D.I. 1078]**

(e)      **Notice of Filing of Clean and Blackline Versions of Amended Disclosure Statement for Chapter 11 Plan of Reorganization for Suniva, Inc. Proposed by the Debtor [Filed 3/6/19; D.I. 1081]**

(f)      **Notice of Filing of Revised Proposed Order in Connection with Debtor's Motion for Entry of an Order (A) Approving the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballots and Notices in Connection Therewith, (D) Establishing the Plan Confirmation Schedule, and (E) Granting Related Relief [Filed 3/6/19; D.I. 1082]**

(g)      **Notice of Filing of Clean and Blackline Versions of Chapter 11 Plan of Reorganization for Suniva, Inc. [Filed 3/6/19; D.I. 1083]**

Response(s) Received:

(a)      Objection of the United States Trustee to the Debtor's Motion for Entry of an Order (A) Approving the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballots and Notices in Connection Therewith, (D) Establishing the Plan Confirmation Schedule, and (E) Granting Related Relief [Filed 3/4/19; D.I. 1072]

(b)      Informal comments from SQN

(c)      Informal comments from the Department of Energy

(d)      **United States' Limited Objection and Reservation of Rights to Debtor's Proposed Disclosure Statement for Chapter 11 Plan of Reorganization [Filed 3/6/19; D.I. 1080]**

Status:   This matter is going forward.

| | |
|---|---|
| Dated: March **6**, 2019<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ D. Ryan Slaugh*<br>Jeremy W. Ryan (DE Bar No. 4057)<br>R. Stephen McNeill (DE Bar No. 5210)<br>D. Ryan Slaugh (DE Bar No. 6325)<br>1313 North Market Street, Sixth Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br><br>-and-<br><br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>Todd C. Meyers, Esq.<br>Colin M. Bernardino, Esq.<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309<br>Telephone:  (404) 815-6500<br>Facsimile:  (404) 815-6555<br><br>*Counsel to the Debtor and Debtor in Possession* |