**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUNIVA, INC.,[1] | ) | Case No. 17-10837 (KG) |
| | ) | |
| Debtor. | ) | |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 19, 2019 AT 10:00 A.M. (EASTERN) BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE 824 MARKET STREET, COURTROOM 3, 6TH FLOOR WILMINGTON, DELAWARE 19801**[3]

**I.      UNCONTESTED MATTERS GOING FORWARD**

1. Motion to File under Seal Portions of SQN Asset Servicing, LLC's Supplemental Objection to the Debtor's Motion to Enforce Settlement Agreement [Filed 3/11/19; D.I. 1102]

   Response Deadline:  At the hearing.

   Related Documents:  None.

   Response(s) Received:  None.

   Status:  This matter is going forward.

2. **Motion to File Under Seal Portions of the Response to the Debtors Memorandum on Proper Allocation of Responsibility for 2017 and 2018 Personal Property Taxes [Filed 3/15/19; D.I. 1115]**

   **Response Deadline:  At the hearing.**

   **Related Documents:  None.**

   **Response(s) Received:  None.**

   **Status:  This matter is going forward.**

---

[1]      The last four digits of the Debtor's federal tax identification number is 2418.  The Debtor's corporate headquarters is located at 5765 Peachtree Industrial Blvd., Norcross, Georgia 30092.

[2]      **Amended items appear in bold.**

[3]      Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

IMPAC 6109014v.2

**II.     CONTESTED MATTER GOING FORWARD**

3.     [SEALED] Debtor's Motion to Enforce Settlement Agreement [Filed 2/13/19; D.I. 1019]

Response Deadline:  February 25, 2019 at 4:00 p.m.

Related Documents:

- (a)     Memorandum Order, dated March 1, 2019 [Filed 3/01/19; D.I. 1067]

- (b)     Debtor's Memorandum on Proper Allocation of Responsibility for 2017 and 2018 Personal Property Taxes [Filed 3/11/19; D.I. 1098]

- **(c)     Debtor's Reply to SQN Asset Servicing, LLC's Supplemental Objection to the Debtor's Motion to Enforce Settlement Agreement [Filed 3/15/19; D.I. 1114]**

Response(s) Received:

- (a)     [SEALED] SQN Asset Servicing, LLC's Supplemental Objection to the Debtor's Motion to Enforce Settlement Agreement [Filed 3/11/19; D.I. 1101]

- **(b)     [SEALED] Response to the Debtor's Memorandum on Proper Allocation Responsibility for 2017 and 2018 Personal Property Taxes [Filed 3/15/19; D.I. 1113]**

Status:  This matter going forward.

| | |
|---|---|
| Dated: March 15, 2019<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ R. Stephen McNeill*<br>Jeremy W. Ryan (DE Bar No. 4057)<br>R. Stephen McNeill (DE Bar No. 5210)<br>1313 North Market Street, Sixth Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br><br>-and-<br><br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>Todd C. Meyers, Esq.<br>Colin M. Bernardino, Esq.<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309<br>Telephone:  (404) 815-6500<br>Facsimile:  (404) 815-6555<br><br>*Counsel to the Debtor and Debtor in Possession* |