**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SUNIVA, INC.,[1] | ) ) | Case No. 17-10837 (KG) |
| Debtor. | ) ) |  |

*SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON APRIL 3, 2019 AT 12:00 P.M. (EASTERN) BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE 824 MARKET STREET, COURTROOM 3, 6TH FLOOR WILMINGTON, DELAWARE 19801*

***AT THE REQUEST OF THE COURT, THE HEARING TIME HAS CHANGED FROM 11:00 AM TO 12:00 PM***

**\*\* THIS HEARING IS GOING FORWARD AS A TELEPHONIC HEARING[3] \*\***

**I.    MATTER GOING FORWARD**

1. Debtor's Emergency Motion for Entry of an Order Authorizing the Debtor to Enter into an Amendment to the Second Lion Point DIP Credit Agreement [Filed 4/1/19; D.I. 1159]

    Response Deadline: At the hearing.

    Related Documents:

    (a) Debtor's Motion for Entry of an Order Scheduling an Expedited Hearing and Shortening Notice with Respect to Debtor's Emergency Motion for Entry of an Order Authorizing the Debtor to Enter into an Amendment to the Second Lion Point DIP Credit Agreement [Filed 4/1/19; D.I. 1160]

    Response(s) Received: None.

    Status: This matter is going forward.

---

[1] The last four digits of the Debtor's federal tax identification number is 2418. The Debtor's corporate headquarters is located at 5765 Peachtree Industrial Blvd., Norcross, Georgia 30092.

[2] **Amended items appear in bold.**

[3] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

| | |
|---|---|
| Dated: April 1, 2019<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ R. Stephen McNeill*<br>Jeremy W. Ryan (DE Bar No. 4057)<br>R. Stephen McNeill (DE Bar No. 5210)<br>1313 North Market Street, Sixth Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br><br>-and-<br><br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>Todd C. Meyers, Esq.<br>Colin M. Bernardino, Esq.<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309<br>Telephone:  (404) 815-6500<br>Facsimile:  (404) 815-6555<br><br>*Counsel to the Debtor and Debtor in Possession* |

IMPAC 6127701v.3