# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| SUNIVA, INC.,[1] | ) Case No. 17-10837 (KG) |
|  | ) |
| Debtor. | ) |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 9, 2019 AT 2:00 P.M. (EASTERN) BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE 824 MARKET STREET, COURTROOM 3, 6TH FLOOR WILMINGTON, DELAWARE 19801**[3]

## I.    CONFIRMATION HEARING

1. Chapter 11 Plan of Reorganization for Suniva, Inc. [Filed 2/19/19; D.I. 1035]

Response Deadline: April 2, 2019 at 4:00 p.m.

Related Documents:

(a) Notice of Filing of Clean and Blackline Versions of Chapter 11 Plan of Reorganization for Suniva, Inc. [Filed 3/6/19; D.I. 1083]

(b) [Proposed] Second Amended Disclosure Statement for Chapter 11 Plan of Reorganization for Suniva, Inc. Proposed by the Debtor [Filed 3/8/19; D.I. 1088]

(c) Notice of Filing of Blackline of Second Amended Disclosure Statement for Chapter 11 Plan of Reorganization for Suniva, Inc. Proposed by the Debtor [Filed 3/8/19; D.I. 1093]

(d) Order (A) Approving the Disclosure Statement, (B) Approving the Solicitation Procedures, (C) Approving the Form of Ballots and Notices in Connection therewith, (D) Establishing the Plan Confirmation Schedule and (E) Granting Related Relief [Entered 3/8/19; D.I. 1094]

---

[1] The last four digits of the Debtor's federal tax identification number is 2418. The Debtor's corporate headquarters is located at 5765 Peachtree Industrial Blvd., Norcross, Georgia 30092.

[2] **Amended items appear in bold.**

[3] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

(e) Notice of: (I) Entry of Order Approving Disclosure Statement; (II) Hearing to Confirm Plan; and (III) Related Important Dates [Filed 3/11/19; D.I. 1099]

(f) Notice of Filing of Plan Supplement to Amended Chapter 11 Plan of Reorganization for Suniva, Inc. [Filed 3/20/19; D.I. 1133]

(g) Notice Regarding (A) Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan of Reorganization of the Debtor and Debtor in Possession and Section 365 of the Bankruptcy Code, (B) Amounts Required to Cure Defaults Under Such Contracts and Leases and (C) Related Procedures [Filed 3/20/19; D.I. 1134]

(h) Notice Regarding Executory Contracts and Unexpired Leases to be Rejected by the Debtor Pursuant to the Plan [Filed 3/20/19; D.I. 1135]

(i) Affidavit of Service re: Solicitation Packages [Filed 3/26/19; D.I. 1148]

(j) Notice of Filing of Updated Plan Supplement to Amended Chapter 11 Plan of Reorganization for Suniva, Inc. [Filed 3/26/19; D.I. 1149]

(k) Notice of Errata Regarding Exhibit H to Updated Plan Supplement to Amended Chapter 11 Plan [Filed 3/28/19; D.I. 1153]

(l) Notice of Filing of Unredacted Version of Exhibit B to Updated Plan Supplement to Amended Chapter 11 Plan of Reorganization [Filed 4/1/19; D.I. 1165]

(m) Second Amended Chapter 11 Plan of Reorganization for Suniva, Inc. [Filed 4/1/19; D.I. 1166]

(n) Notice of Filing of Blackline of Second Amended Chapter 11 Plan of Reorganization for Suniva, Inc. [Filed 4/1/19; D.I. 1167]

(o) Notice of Filing of Clean and Blackline Versions of Amended Exhibit J to Updated Plan Supplement to Amended Chapter 11 Plan of Reorganization for Suniva, Inc. [Filed 4/5/19; D.I. 1173]

**(p) Declaration of Joseph Arena of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Amended Chapter 11 Plan of Reorganization [Filed 4/5/19; D.I. 1175]**

**(q) Third Amended Chapter 11 Plan of Reorganization for Suniva, Inc. [Filed 4/5/19; D.I. 1176]**

 **(r)** **Notice of Filing of Blackline of Third Amended Chapter 11 Plan of Reorganization for Suniva, Inc. [Filed 4/5/19; D.I. 1177]**

 **(s)** **Declaration of David M. Baker in Support of Confirmation of the Third Amended Chapter 11 Plan of Reorganization for Suniva, Inc. [Filed 4/5/19; D.I. 1178]**

 **(t)** **Notice of Filing of Proposed Confirmation Order [Filed 4/5/19; D.I. 1179]**

 **(u)** **Memorandum in Support of Confirmation of Third Amended Chapter 11 Plan of Reorganization for Suniva, Inc. [Filed 4/5/19; D.I. 1180]**

Response(s) Received:

 (a) Geodis USA, Inc.'s Limited Objection to Debtor's Amended Chapter 11 Plan of Reorganization [Filed 4/2/19; D.I. 1168]

 (b) Limited Objection of SQN Asset Servicing, LLC and Wanxiang America Corporation to the Amended Chapter 11 Plan of Reorganization for Suniva, Inc. [Filed 4/2/19; D.I. 1169]

Status: This matter is going forward.

Dated: April 5, 2019
   Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ D. Ryan Slaugh*
Jeremy W. Ryan (DE Bar No. 4057)
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-and-

**KILPATRICK TOWNSEND & STOCKTON LLP**
Todd C. Meyers, Esq.
Colin M. Bernardino, Esq.
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

*Counsel to the Debtor and Debtor in Possession*

IMPAC 6138540v.2