**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SUNIVA, INC.,[1] | ) | Case No. 17-10837 (KG) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                                         ) ss
COUNTY OF NASSAU       )

I, Thierry Lamour, being duly sworn, depose and state:

1.       I am a Senior Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent for the debtor and debtor-in-possession (the "Debtor") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.       On April 3, 2019, at the direction of Potter Anderson & Corroon LLP ("Potter Anderson"), co-counsel to the Debtor, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses)[3] and by first class mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties):

---

[1] The last four digits of the Debtor's federal tax identification number is 2418. The Debtor's corporate headquarters is located at 5765 Peachtree Industrial Blvd, Norcross, Georgia 30092.

[2] Garden City Group, LLC was acquired by Epiq Class Action & Claims Solutions, Inc. on June 15, 2018.

[3] These parties include Notice of Appearance Parties who have consented to e-mail service only pursuant to Del. Bankr. L. R. 2002-1(d) and 5005-4.

- **Order Authorizing the Debtors to Enter into an Agreement to the Second Lion Point Dip Credit Agreement ("OrderAuthorizing Agreement to the Second Lion Point Dip Credit Agreement")** [Docket No. 1711].

3.      On April 3, 2019, at the direction of Potter Anderson, I caused a true and correct copy of the **Order Authorizing Agreement to the Second Lion Point Dip Credit Agreement** to be served by first class mail on the parties identified on Exhibit C annexed hereto (Affected Parties),[4] and by e-mail on the parties identified on Ehibit D annexed hereto (Affected Parties with e-mail addresses).

/s/ Thierry Lamour
Thierry Lamour

Sworn to before me this 8th day of
April, 2019

/s/ Matthew M. Mulvihill
Matthew M. Mulvihill
Notary Public, State of New York
Notary ID No. 02MU6343908
Commission Expires: June 20, 2020

---

[4] The envelopes utilized in service on the parties enumerated in paragraph three included a legend which stated: "Important Legal Documents Enclosed:  Please direct a copy of the contents of this envelope to the President, Managing or General Agent."

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ASHBY & GEDDES, PA | ATTN RICARDO PALACIO / | KAREN B SKOMORUCHA OWENS | 500 DELAWARE AVENUE, 8TH FL | PO BOX 1150 | WILMINGTON | DE | 19899-1150 | RPalacio@ashby-geddes.com; kowens@ashby-geddes.com |
| BARNES & THORNBURG LLP | C/O DAVID M POWLEN / KEVIN G COLLINS | 1000 N WEST STREET SUITE 1500 | | | WILMINGTON | DE | 19801 | david.powlen@btlaw.com; kevin.collins@btlaw.com |
| BLANK ROME LLP | ATTN JOHN D. KIMBALL, MICHAEL B. SCHAEDL | JOSEF W. MINTZ | THE CHRYSLER BUILDING | 405 LEXINGTON AVENUE | NEW YORK | NY | 10174-0208 | JKimball@BlankRome.com; Schaedle@BlankRome.com; Mintz@BlankRome.com |
| BUCHALTER A PROFESSIONAL CORPORATION | ATTN SHAWN M CHRISTIANSON ESQ | 55 SECOND STREET 17TH FLOOR | | | SAN FRANCISCO | CA | 94105-3493 | schristianson@buchalter.com |
| BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT | 1849 C ST, NW | | | | WASHINGTON | DC | 20240 | BSEEWEBMASTER@BSEE.GOV |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN SEAN A O'NEAL/ JANE VANLARE/ | THOMAS S KESSLER | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | soneal@cgsh.com; jvanlare@cgsh.com; tkessler@cgsh.com |
| CONNOLLY GALLAGHER LLP | ATTN KAREN C BIFFERATO ESQ | ATTN KELLY M CONLAN ESQ | 1201 N MARKET ST STE 2600 | | WILMINGTON | DE | 19801-1165 | kbifferato@connollygallagher.com; kconlan@connollygallagher.com |
| GARDEN CITY GROUP, LLC | ATTN LANCE MULHERN | 1985 MARCUS AVE | STE 200 | | LAKE SUCCESS | NY | 11042 | LANCE.MULHERN@GARDENCITYGROUP.COM |
| HERAEUS INCORPORATED | ATTN KIM R JESSUM | 770 TOWNSHIP LINE ROAD | SUITE 300 | | YARDLEY | PA | 19067 | Kim.Jessum@heraeus.com |
| HOGAN MCDANIEL | ATTN GARVAN F MCDANIEL ESQ | ATTN DANIEL K HOGAN ESQ | 1311 DELAWARE AVE | | WILMINGTON | DE | 19806 | gfmcdaniel@dkhogan.com; dkhogan@dkhogan.com |
| KATTEN MUCHIN ROSENMAN LLP | ATTN JOHN SIEGER | 525 W MONROE ST | | | CHICAGO | IL | 60661-3693 | JOHN.SIEGER@KATTENLAW.COM |
| LANGLEY & BANACK INCORPORATED | ATTN DAVID S GRAGG | TRINITY PLAZA II, NINTH FLOOR | 745 EAST MULBERRY | | SAN ANTONIO | TX | 78212-3166 | dgragg@langleybanack.com |
| MARK S FRANKEL | ATTY FOR NUECHTERLEIN ELECTRIC INC. | 39395 W TWELVE MILE ROAD | SUITE 200 | | FRAMINGTON HILLS | MI | 48331 | mfrankel@couzens.com |
| MICHIGAN DEPT OF TREASURY | ATTN JUANDISHA M HARRIS ASST ATTY GENERAL | CADILLAC PLACE | 3030 W GRAND BLVD | STE 10-200 | DETROIT | MI | 48202 | HARRISJ12@MICHIGAN.GOV |
| MODRALL, SPERLING, ROEHL, HARRIS & SISK, PA | ATTN SPENCER L EDELMAN | PO BOX 2168 | 500 FOURTH ST NW SUITE 1000 | | ALBUQUERQUE | NM | 87103-2168 | spencer.edelman@modrall.com |
| MONTGOMERY MCCRACK WALKER | & RHOADS LLP | ATTN NATALIE D RAMSEY/RICHARD G PLACEY | 1105 NORTH MARKET STREET | 15TH FLOOR | WILMINGTON | DE | 19801-1216 | rplacey@mmwr.com; nramsey@mmwr.com |
| MONZACK MERSKY MCLAUGHLIN & BROWDER PA | ATTN RACHEL B MERSKY ESQ | 1201 N ORANGE STREET, SUITE 400 | | | WILMINGTON | DE | 19801 | rmersky@monlaw.com |
| MORGAN LEWIS & BOCKIUS | ATTN RICHARD ESTERKIN ESQ | ATTN KELLY A COSTELLO ESQ | ATTN J MICHAEL JACK | 300 S GRAND AVE, FL 22 | LOS ANGELES | CA | 90071 | richard.esterkin@morganlewis.com; kelly.costello@morganlewis.com; michael.jack@morganlewis.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN ROBERT J DEHNEY/ ERIC D SCHWARTZ/ | TAMARA K MANN | 1201 NORTH MARKET STREET, SUITE 1600 | | WILMINGTON | DE | 19801 | rdehney@mnat.com; eschwartz@mnat.com; tminott@mnat.com; tmann@mnat.com |
| OFFICE OF ATTORNEY GENERAL | ATTN DENISE A. KUHN, ESQ. | PA I.D. NO. 46806 | THE PHOENIX BUILDING | 1600 ARCH STREET, SUITE 300 | PHILADELPHIA | PA | 19103 | dkuhn@attorneygeneral.gov |
| PEPPER HAMILTON LLP | ATTN DAVID B STRATTON | HERCULES PLAZA, STE 5100 | 1313 N MARKET ST | PO BOX 1709 | WILMINGTON | DE | 19899-1709 | strattond@pepperlaw.com |
| POLSINELLI PC | ATTN CHRISTOPHER A WARD ESQ | 222 DELAWARE AVENUE, SUITE 1101 | | | WILMINGTON | DE | 19801 | cward@polsinelli.com |
| SECURITIES EXCHANGE COMMISSION | ATTN SECRETARY OF THE TREASURY | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | CHAIRMANOFFICE@SEC.GOV |
| SEWARD & KISSEL LLP | ATTN JOHN R ASHMEAD | ONE BATTERY PARK PLAZA | | | NEW YORK | NY | 10004 | ashmead@sewkis.com |
| SEWARD AND KISSEL LLP | ATTN ROBERT J GAYDA/CATHERINE V LOTEMPIO | ONE BATTERY PARK PLAZA | | | NEW YORK | NY | 10004 | gayda@sewkis.com; lotempio@sewkis.com |
| STATE OF DELAWARE | OFFICE OF THE STATE TREASURER | 820 SILVER LAKE BLVD | SUITE 100 | | DOVER | DE | 19904 | STATETREASURER@STATE.DE.US |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| TOGUT SEGAL & SEGAL LLP | ATTN FRANK A OSWALD ESQ | ATTN BRIAN F MOORE ESQ | ONE PENN PLAZA, STE 3335 | | NEW YORK | NY | 10119 | frankoswald@teamtogut.com; bmoore@teamtogut.com |
| UNITED STATES ATTORNEY'S OFFICE | ATTN DAVID WEISS / ELLEN SLIGHTS | 1007 ORANGE STREET | SUITE 700 | P.O. BOX 2046 | WILMINGTON | DE | 19899 | ASKDOJ@USDOJ.GOV; Ellen.Slights@usdoj.gov;i-heng.hsu@usdoj.gov |
| US DEPARTMENT OF JUSTICE | ATTN I-HENG HSU | CIVIL DIVISION | 1100 L STREET NW, ROOM 10032 | PO BOX 875 | WASHINGTON | DC | 20044-0875 | i-heng.hsu@usdoj.gov |
| US DEPT. OF ENERGY | 1000 INDEPENDENCE AVE, SW | | | | WASHINGTON | DC | 20585 | THE.SECRETARY@HQ.DOE.GOV |
| US SECURITIES & EXCHANGE COMMISSION | ATTN REGIONAL DIRECTOR | NEW YORK REGIONAL OFFICE | 3 WORLD FINANCIAL CENTER | STE 400 | NEW YORK | NY | 10281-1022 | NYROBankruptcy@SEC.GOV |
| US TREASURY | 950 PENNSYLVANIA AVE NW | | | | WASHINGTON | DC | 20530 | ASKDOJ@USDOJ.GOV |
| VEDDER PRICE | ATTN DOUGLAS J LIPKE/ ALLISON B HUDSON / | CHAD A SCHIEFELBEIN | 222 N LASALLE ST | | CHICAGO | IL | 60601 | dlipke@vedderprice.com; ahudson@vedderprice.com; cschiefelbein@vedderprice.com |
| WARNER NORCROSS & JUDD LLP | ATTN ROZANNE M GIUNTA ESQ | 715 E MAIN STREET | SUITE 110 | | MIDLAND | MI | 48640-5382 | rgiunta@wnj.com |
| WILES & WILES LLP | ATTN VICTOR W NEWMARK ESQ | 800 KENNESAW AVENUE | SUITE 400 | | MARIETTA | GA | 30060-7946 | bankruptcy@evict.net |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ASHBY & GEDDES, PA | ATTN RICARDO PALACIO / | KAREN B SKOMORUCHA OWENS | 500 DELAWARE AVENUE, 8TH FL | PO BOX 1150 | WILMINGTON | DE | 19899-1150 |
| BARNES & THORNBURG LLP | C/O DAVID M POWLEN / KEVIN G COLLINS | 1000 N WEST STREET SUITE 1500 | | | WILMINGTON | DE | 19801 |
| BLANK ROME LLP | ATTN JOHN D. KIMBALL, MICHAEL B. SCHAEDL | JOSEF W. MINTZ | THE CHRYSLER BUILDING | 405 LEXINGTON AVENUE | NEW YORK | NY | 10174-0208 |
| BUCHALTER A PROFESSIONAL CORPORATION | ATTN SHAWN M CHRISTIANSON ESQ | 55 SECOND STREET 17TH FLOOR | | | SAN FRANCISCO | CA | 94105-3493 |
| BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT | 1849 C ST, NW | | | | WASHINGTON | DC | 20240 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN SEAN A O'NEAL/ JANE VANLARE/ | THOMAS S KESSLER | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 |
| CONNOLLY GALLAGHER LLP | ATTN KAREN C BIFFERATO ESQ | ATTN KELLY M CONLAN ESQ | 1201 N MARKET ST STE 2600 | | WILMINGTON | DE | 19801-1165 |
| DELAWARE DIVISION OF REVENUE | DEPT. OF TAXATION AND FINANCE | THOMAS COLLINS BUILDING | 540 S. DUPONT HIGHWAY | | DOVER | DE | 19901 |
| GEORGIA DEPARTMENT OF ECONOMIC DEVELOPMENT | TECHNOLOGY SQUARE | 75 5TH STREET NW | STE 1200 | | ATLANTA | GA | 30308 |
| GEORGIA DEPARTMENT OF NATURAL RESOURCES | ENVIRONMENTAL PROTECTION DIVISION | 2 MARTIN LUTHER KING JR. DR | SUITE 1456, EAST TOWER | | ATLANTA | GA | 30334 |
| GEORGIA DEPT OF REVENUE | 1800 CENTURY CENTER BLVD NE | STE 12000 | | | ATLANTA | GA | 30345 |
| GWINNETT COUNTY, GA | 75 LANGLEY DR | | | | LAWRENCEVILLE | GA | 30046 |
| HERAEUS INCORPORATED | ATTN KIM R JESSUM | 770 TOWNSHIP LINE ROAD | SUITE 300 | | YARDLEY | PA | 19067 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN JOHN SIEGER | 525 W MONROE ST | | | CHICAGO | IL | 60661-3693 |
| LANGLEY & BANACK INCORPORATED | ATTN DAVID S GRAGG | TRINITY PLAZA II, NINTH FLOOR | 745 EAST MULBERRY | | SAN ANTONIO | TX | 78212-3166 |
| MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY | CONSTITUTION HALL | 525 WEST ALLEGAN | | | LANSING | MI | 48913 |
| MICHIGAN DEPT OF TREASURY | ATTN JUANDISHA M HARRIS ASST ATTY GENERAL | CADILLAC PLACE | 3030 W GRAND BLVD | STE 10-200 | DETROIT | MI | 48202 |
| MICHIGAN ECONOMIC GROWTH AUTHORITY | 300 N WASHINGTON SQ | | | | LANSING | MI | 48913 |
| MODRALL, SPERLING, ROEHL, HARRIS & SISK, PA | ATTN SPENCER L EDELMAN | PO BOX 2168 | 500 FOURTH ST NW SUITE 1000 | | ALBUQUERQUE | NM | 87103-2168 |
| MONTGOMERY MCCRACK WALKER | & RHOADS LLP | ATTN NATALIE D RAMSEY/RICHARD G PLACEY | 1105 NORTH MARKET STREET | 15TH FLOOR | WILMINGTON | DE | 19801-1216 |
| MORGAN LEWIS & BOCKIUS | ATTN RICHARD ESTERKIN ESQ | ATTN KELLY A COSTELLO ESQ | ATTN J MICHAEL JACK | 300 S GRAND AVE, FL 22 | LOS ANGELES | CA | 90071 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN ROBERT J DEHNEY/ ERIC D SCHWARTZ/ | TAMARA K MANN | 1201 NORTH MARKET STREET, SUITE 1600 | | WILMINGTON | DE | 19801 |
| NEW ENTERPRISE ASSOCIATES 12 | LIMITED PARTNERSHIP | 5425 WISCONSIN AVE, STE 800 | | | CHEVY CHASE | MD | 20815 |
| OFFICE OF ATTORNEY GENERAL | ATTN DENISE A. KUHN, ESQ. | PA I.D. NO. 46806 | THE PHOENIX BUILDING | 1600 ARCH STREET, SUITE 300 | PHILADELPHIA | PA | 19103 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN LINDA CASEY | CALEB BOGGS FEDERAL BUILDING | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | CALEB BOGGS FEDERAL BUILDING | 844 KING STREET | SUITE 2207 | | WILMINGTON | DE | 19801 |
| OFFICE OF THE US ATTORNEY | OFFICE OF THE US ATTORNEY | 800 LAFAYETTE STREET | SUITE 2200 | | LAFAYETTE | LA | 70501-6832 |
| PEPPER HAMILTON LLP | ATTN DAVID B STRATTON | HERCULES PLAZA, STE 5100 | 1313 N MARKET ST | PO BOX 1709 | WILMINGTON | DE | 19899-1709 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| SECRETARY OF STATE | DIVISION OF CORPORATIONS | FRANCHISE TAX | P.O. BOX 898 | | DOVER | DE | 19903 |
| SECRETARY OF TREASURY | 820 SILVER LAKE BOULEVARD | SUITE 100 | | | DOVER | DE | 19904 |
| SECURITIES EXCHANGE COMMISSION | ATTN SECRETARY OF THE TREASURY | 100 F STREET, NE | | | WASHINGTON | DC | 20549 |
| SECURITIES EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI | 200 VESEY ST | STE 400 | NEW YORK | NY | 10281-1004 |
| SEWARD & KISSEL LLP | ATTN JOHN R ASHMEAD | ONE BATTERY PARK PLAZA | | | NEW YORK | NY | 10004 |
| SEWARD AND KISSEL LLP | ATTN ROBERT J GAYDA/CATHERINE V LOTEMPIO | ONE BATTERY PARK PLAZA | | | NEW YORK | NY | 10004 |
| STATE OF DELAWARE | OFFICE OF THE STATE TREASURER | 820 SILVER LAKE BLVD | SUITE 100 | | DOVER | DE | 19904 |
| THE CITY OF NORCROSS | 65 LAWRENCEVILLE ST | | | | NORCROSS | GA | 30071 |
| TOGUT SEGAL & SEGAL LLP | ATTN FRANK A OSWALD ESQ | ATTN BRIAN F MOORE ESQ | ONE PENN PLAZA, STE 3335 | | NEW YORK | NY | 10119 |
| UNITED STATES ATTORNEY'S OFFICE | ATTN DAVID WEISS / ELLEN SLIGHTS | 1007 ORANGE STREET | SUITE 700 | P.O. BOX 2046 | WILMINGTON | DE | 19899 |
| US DEPT. OF ENERGY | 1000 INDEPENDENCE AVE, SW | | | | WASHINGTON | DC | 20585 |
| US INTERNATIONAL TRADE COMMISSION | 500 E ST, SW | | | | WASHINGTON | DC | 20436 |
| US SECURITIES & EXCHANGE COMMISSION | ATTN REGIONAL DIRECTOR | NEW YORK REGIONAL OFFICE | 3 WORLD FINANCIAL CENTER | STE 400 | NEW YORK | NY | 10281-1022 |
| US TREASURY | 950 PENNSYLVANIA AVE NW | | | | WASHINGTON | DC | 20530 |
| VEDDER PRICE | ATTN DOUGLAS J LIPKE/ ALLISON B HUDSON / | CHAD A SCHIEFELBEIN | 222 N LASALLE ST | | CHICAGO | IL | 60601 |
| WARNER NORCROSS & JUDD LLP | ATTN ROZANNE M GIUNTA ESQ | 715 E MAIN STREET | SUITE 110 | | MIDLAND | MI | 48640-5382 |
| WILES & WILES LLP | ATTN VICTOR W NEWMARK ESQ | 800 KENNESAW AVENUE | SUITE 400 | | MARIETTA | GA | 30060-7946 |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN DANIEL J. SOLTMAN | ONE LIBERTY PLAZA | | | NEW YORK | NY | 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN KATHERINE E. MASSEY | ONE LIBERTY PLAZA | | | NEW YORK | NY | 10006 |
| LION POINT MASTER LP | ATTN: NICK NOTTE | 250 WEST 55TH STREET, 33RD FLOOR | | | NEW YORK | NY | 10019 |
| LION POINT MASTER LP | ATTN: NICK NOTTE | 250 W 55TH ST | FL 33A 33RD FL | | NEW YORK | NY | 10019-7683 |

# EXHIBIT D

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN DANIEL J. SOLTMAN | ONE LIBERTY PLAZA | | | NEW YORK | NY | 10006 | dsoltman@cgsh.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN KATHERINE E. MASSEY | ONE LIBERTY PLAZA | | | NEW YORK | NY | 10006 | kmassey@cgsh.com |
| LION POINT MASTER LP | ATTN: NICK NOTTE | 250 WEST 55TH STREET, 33RD FLOOR | | | NEW YORK | NY | 10019 | nnotte@lionpoint.com |