**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SUNIVA, INC.,¹ | ) ) ) | Case No. 17-10837 (KG) |
| Debtor. | ) ) ) | Re: Docket Numbers 1176, 1194 |

**NOTICE OF (I) OCCURRENCE OF PLAN EFFECTIVE DATE;
(II) PROFESSIONAL COMPENSATION AND REIMBURSEMENT
CLAIMS BAR DATE; (III) ADMINISTRATIVE EXPENSE CLAIMS BAR DATE;
AND (IV) REJECTION DAMAGES CLAIMS BAR DATE**

1. **Confirmation of the Plan.** On April 9, 2019, the United States Bankruptcy Court for the District of Delaware entered an order (the "Confirmation Order") [D.I. 1194] in the Chapter 11 Case of the above-captioned debtor and debtor in possession (the "Debtor") confirming the Third Amended Plan of Reorganization for Suniva, Inc. [D.I. 1176] (as modified and confirmed, the "Plan").² Copies of the Plan, the Confirmation Order and this Notice may be obtained by contacting Debtor's counsel at the address and phone number listed below.

2. **Occurrence of the Effective Date.** The Effective Date of the Plan occurred on **April 10, 2019**.

Pursuant to Article 11 of the Plan, the terms of the Plan and the Plan Supplement are immediately effective and enforceable and deemed binding on the Debtor, the Reorganized Debtor, and any and all holders of Claims or Interests (irrespective whether such holders of Claims or Interests are deemed to have accepted the Plan), all entities that are parties to or are subject to the settlements, compromises, releases, discharges, and injunctions described in the Plan, each entity acquiring property under the Plan, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtor.

3. **Bar Date for Fee Claims.** All Professional Persons seeking approval of a Fee Claim shall file and serve an application for final allowance of compensation for services rendered and reimbursement of expenses incurred prior to the Effective Date and in connection with the preparation and prosecution of such final application no later than **April 30, 2019**. The application shall be served on the Reorganized Debtor, the Committee, Lion Point, the U.S. Trustee, and any other Person entitled to notice pursuant to Bankruptcy Rule 2002. Objections to such Fee Claims, if any, must be filed and served no later than **May 28, 2019**.

---

¹ The last four digits of the Debtor's federal tax identification number is 2418. The Debtor's corporate headquarters is located at 5765 Peachtree Industrial Blvd., Norcross, Georgia 30092.

² Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Plan or Confirmation Order, as applicable.

IMPAC 6153929v.1

4.      **Administrative Expense Claims Bar Date.**  Requests for payment of Administrative Expense Claims that were not required to be filed and served by the First Administrative Expense Claim Bar Date,[3] other than:

(a)     a 503(b)(9) Claim;

(b)     an Administrative Expense Claim that has become an Allowed Administrative Expense Claim on or before the Effective Date;

(c)     an Administrative Expense Claim for an expense or liability incurred and paid on or before the Effective Date in the ordinary course of business by a Debtor;

(d)     an Administrative Expense Claim on account of fees and expenses incurred on or after the Petition Date by ordinary course professionals retained by the Debtor pursuant to an order of the Bankruptcy Court; or

(e)     an Administrative Expense Claim arising out of the employment by the Debtor of an individual in the ordinary course of business from and after the Petition Date, but only to the extent that such Administrative Expense Claim is solely for outstanding wages, commissions, accrued benefits, or reimbursement of business expenses;

must be filed with the Bankruptcy Court and served on the Reorganized Debtor by **May 28, 2019** (the "Second Administrative Expense Claim Bar Date").  Such request for payment of an Administrative Expense Claim must include, at a minimum (i) the name of the holder of the Administrative Expense Claim; (ii) the asserted amount of the Administrative Expense Claim; (iii) the basis of the Administrative Expense Claim; and (iv) supporting documentation for the Administrative Expense Claim.  For avoidance of doubt, the U.S. Trustee will not be required to file an Administrative Expense Claim by the Second Administrative Expense Claim Bar Date for U.S. Trustee Fees.

Objections, if any, to a timely request for payment of an Administrative Expense Claim must be filed and served on the Reorganized Debtor and the requesting party no later than **July 9, 2019**.

**Holders of Administrative Expense Claims not subject to the First Administrative Expense Claim Bar Date that fail to file and serve a request for payment of an Administrative Expense Claim by the Second Administrative Expense Claim Bar Date if such Holder is required to do so pursuant hereto, shall be forever barred, estopped, and enjoined from asserting such Administrative Expense Claim against the Debtor or its property and such Administrative Expense Claims shall be disallowed in full as of the Effective Date.**

5.      **Rejection Damages Claims Bar Date.**  Claims arising out of the rejection of any executory contract or unexpired lease pursuant to Article 8 of the Plan must file a proof of claim substantially in the form of Official Form 10 with the Claims Agent and serve it upon counsel to

---

[3] The First Administrative Expense Claim Bar Date of March 28, 2018, was established by that certain Order (I) Fixing a Deadline for Filing Request for Allowance of  Administrative Expense Claims and (II) Designating Form and Manner of Notice Thereof [D.I. 507].

the Reorganized Debtor and the Plan Administrator **no later than May 10, 2019**.  Any Claim not filed within such time shall be forever barred and shall not be enforceable against the Reorganized Debtor, its properties, successor and assigns, or the Estate.  Any such claim should be filed as follows:

| **If sent via first class mail:** | **If sent via hand delivery or overnight mail:** |
|---|---|
| Suniva, Inc. Case Administration<br>c/o GCG<br>PO Box 10437<br>Dublin, OH 43017-4037 | Suniva, Inc. Case Administration<br>c/o GCG<br>5151 Blazer Parkway, Suite A<br>Dublin, OH 43017 |

You may obtain a proof of claim form by written request to GCG, n/k/a Epiq Corporate Restructuring, LLC (the "Claims Agent"), sent to the appropriate address set forth above, by calling the Claims Agent at their toll free number (855) 474-3898 or their line for international callers (330) 423-1883, or at the website address http://cases.gardencitygroup.com/snv/. You may also obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, or from certain business supply stores.

Dated:  April 12, 2019
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (DE Bar No. 4057)
R. Stephen McNeill (DE Bar No. 5210)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

*Co-Counsel to the Reorganized Debtor*

-and-

**KILPATRICK TOWNSEND & STOCKTON LLP**
Todd C. Meyers (Georgia Bar No. 503756)
Colin M. Bernardino (Georgia Bar No. 054879)
1100 Peachtree Street NE. Suite 2800
Atlanta, GA  30309
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555

*Counsel to the Reorganized Debtor*